# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:15–cv–00975–RWS–JDL

GroupChatter, LLC v. General Electric Company et al
Assigned to: Judge Robert W. Schroeder, III
Referred to: Magistrate Judge John D. Love
Related Cases: 6:15–cv–00863–JRG–JDL
6:15–cv–00886–JRG–JDL
6:15–cv–00900–JRG–JDL
Cause: 35:271 Patent Infringement

Date Filed: 11/11/2015
Date Terminated: 02/16/2016
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**GroupChatter, LLC**  represented by  **David E Dunham**
Taylor Dunham and Rodriguez, LLP
301 Congress Ave
Suite 1050
Austin, TX 78701
512/473–2257
Fax: 15124784409
Email: ddunham@taylordunham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Tatum Lee**
Taylor Dunham and Rodriguez, LLP
301 Congress Ave
Suite 1050
Austin, TX 78701
512–473–2257
Fax: 512–478–4409
Email: jtatum@taylordunham.com
*ATTORNEY TO BE NOTICED*

**Cabrach John Connor**
Taylor Dunham and Rodriguez, LLP
301 Congress Ave
Suite 1050
Austin, TX 78701
512–473–2257
Fax: 512–478–4409
Email: cconnor@taylordunham.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**  represented by  **Brian D Roche**
Reed Smith LLP – Chicago
10 South Wacker Drive

Suite 4000
Chicago, IL 60606
312/207−1000
Fax: 312/207−6400
Email: broche@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
Reed Smith, LLP
811 Main Street
Suite 1700
Houston, TX 77002
713−469−3885
Fax: 713−469−3899
Email: PChassman@ReedSmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GE Energy Management Services, Inc.**         represented by   **Brian D Roche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GE Grid Solutions, LLC**         represented by   **Brian D Roche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/11/2015 | Ï 1 | COMPLAINT against GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company ( Filing fee $ 400 receipt number 0540−5478914.), filed by GroupChatter, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(Connor, Cabrach) (Entered: 11/11/2015) |
| 11/11/2015 | Ï | Judge Robert W. Schroeder, III added. (mll, ) (Entered: 11/12/2015) |
| 11/19/2015 | Ï 2 | NOTICE of Attorney Appearance by David E Dunham on behalf of GroupChatter, LLC (Dunham, David) (Entered: 11/19/2015) |

| | | |
|---|---|---|
| 11/19/2015 | Ï 3 | NOTICE of Attorney Appearance by Jennifer Tatum Lee on behalf of GroupChatter, LLC (Lee, Jennifer) (Entered: 11/19/2015) |
| 11/20/2015 | Ï 4 | SUMMONS Issued as to GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company, and emailed to pltf for service. (mll, ) (Entered: 11/20/2015) |
| 12/04/2015 | Ï 5 | Return of Service Executed as to GE Grid Solutions, LLC on 11/23/2015, by personal service; answer due: 12/14/2015. (mll, ) (Entered: 12/04/2015) |
| 12/04/2015 | Ï 6 | Return of Service Executed as to GE Energy Management Services, Inc. on 11/23/2015, by personal service; answer due: 12/14/2015. (mll, ) (Entered: 12/04/2015) |
| 12/04/2015 | Ï 7 | Return of Service Executed as to General Electric Company on 11/23/2015, by personal service; answer due: 12/14/2015. (mll, ) (Entered: 12/04/2015) |
| 12/09/2015 | Ï 8 | CORPORATE DISCLOSURE STATEMENT filed by GroupChatter, LLC identifying Corporate Parent Monument Patent Holdings, LLC for GroupChatter, LLC. (Connor, Cabrach) (Entered: 12/09/2015) |
| 12/11/2015 | Ï 9 | NOTICE of Attorney Appearance by Peter John Chassman on behalf of All Defendants (Chassman, Peter) (Entered: 12/11/2015) |
| 12/11/2015 | Ï 10 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company.( Chassman, Peter) (Entered: 12/11/2015) |
| 01/05/2016 | Ï 11 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company.( Chassman, Peter) (Entered: 01/05/2016) |
| 01/11/2016 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 10 is granted pursuant to Local Rule CV–12 for General Electric Company to 1/13/2016; GE Grid Solutions, LLC to 1/13/2016; GE Energy Management Services, Inc. to 1/13/2016. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 01/11/2016) |
| 01/11/2016 | Ï | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 11 is granted pursuant to Local Rule CV–12 for General Electric Company to 1/28/2016; GE Grid Solutions, LLC to 1/28/2016; GE Energy Management Services, Inc. to 1/28/2016. 15 Days Granted for Deadline Extension.( mll, ) (Entered: 01/11/2016) |
| 01/28/2016 | Ï 12 | ANSWER to 1 Complaint, by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company.(Chassman, Peter) (Entered: 01/28/2016) |
| 01/28/2016 | Ï 13 | DEMAND for Trial by Jury by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company. (Chassman, Peter) (Entered: 01/28/2016) |
| 01/28/2016 | Ï 14 | CORPORATE DISCLOSURE STATEMENT filed by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company (Chassman, Peter) (Entered: 01/28/2016) |
| 01/29/2016 | Ï 15 | NOTICE of Readiness for Scheduling Conference by GroupChatter, LLC (Connor, Cabrach) (Entered: 01/29/2016) |
| 01/29/2016 | Ï 16 | MOTION to Change Venue by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company. (Attachments: # 1 Exhibit Anthony Durel Declaration in Support of Motion to Transfer Venue, # 2 Exhibit Declaration of Peter Chassman in Support of Motion to Transfer Venue, # 3 Exhibit 1 to Declaration of Peter Chassman, # 4 Exhibit 2 to Declaration of Peter Chassman, # 5 Exhibit 3 to Declaration of Peter Chassman, # 6 Exhibit 4 to Declaration of Peter Chassman, # 7 Exhibit 5 to Declaration of Peter Chassman, # 8 Exhibit 6 to Declaration of |

| | | |
|---|---|---|
| | | Peter Chassman, #9 Exhibit 7 to Declaration of Peter Chassman, #10 Exhibit 8 to Declaration of Peter Chassman, #11 Exhibit 9 to Declaration of Peter Chassman, #12 Exhibit 10 to Declaration of Peter Chassman, #13 Exhibit 11 to Declaration of Peter Chassman, #14 Exhibit 12 to Declaration of Peter Chassman, #15 Exhibit 13 to Declaration of Peter Chassman, #16 Exhibit 14 to Declaration of Peter Chassman, #17 Exhibit 15 to Declaration of Peter Chassman, #18 Exhibit 16 to Declaration of Peter Chassman, #19 Exhibit 17 to Declaration of Peter Chassman, #20 Text of Proposed Order Proposed Order)(Chassman, Peter) (Entered: 01/29/2016) |
| 01/29/2016 | Ï 17 | RESPONSE to 15 Notice of Readiness for Scheduling Conference *filed by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company*. (Chassman, Peter) (Entered: 01/29/2016) |
| 02/03/2016 | Ï 18 | NOTICE of Attorney Appearance – Pro Hac Vice by Brian D Roche on behalf of All Defendants. Filing fee $ 100, receipt number 0540−5594888. (Roche, Brian) (Entered: 02/03/2016) |
| 02/10/2016 | Ï 19 | ORDER REFERRING CASE to Magistrate Judge John D. Love to conduct all pretrial proceedings. Signed by Judge Robert W. Schroeder, III on 02/10/16. (mll, ) (Entered: 02/10/2016) |
| 02/11/2016 | Ï 20 | NOTICE of Designation of Attorney in Charge to Brian D Roche on behalf of GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company (Roche, Brian) (Entered: 02/11/2016) |
| 02/12/2016 | Ï 21 | STIPULATION *to Transfer Venue* by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company. (Chassman, Peter) (Entered: 02/12/2016) |
| 02/15/2016 | Ï 22 | STIPULATION re 16 MOTION to Change Venue , *Corrected,* by GE Energy Management Services, Inc., GE Grid Solutions, LLC, General Electric Company. (Chassman, Peter) (Entered: 02/15/2016) |
| 02/16/2016 | Ï 23 | ORDER granting 16 Motion to Change Venue. The Clerk of Court is directed to transfer this case to the Northern District of Georgia. Any and all deadlines are STAYED pending transfer of this action. Signed by Magistrate Judge John D. Love on 02/16/16. (mll, ) (Entered: 02/16/2016) |
| 02/16/2016 | Ï | Interdistrict transfer to the Northern District of Georgia. (mll, ) (Entered: 02/16/2016) |