UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY ET AL.,<br><br>    Defendants. | Civil Action File No.:<br>1:16-cv-00486<br><br>Judge William S. Duffey, Jr. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.1(D), John W. Harbin (Georgia Bar No. 324130) of MEUNIER CARLIN & CURFMAN LLC, hereby enters his appearance as counsel of record for Defendants General Electric Company, GE Energy Management Services, Inc. and GE Grid Solutions, LLC.

1

Dated: March 1, 2016    Respectfully submitted,

*/s/ John W. Harbin*
John W. Harbin
Georgia Bar No. 324130
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE
Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax:  404-645-7707
jharbin@mcciplaw.com

*Attorney for Defendants General Electric Company, GE Energy Management Services, Inc. and GE Grid Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*/s/ John W. Harbin*
John W. Harbin
