## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GROUPCHATTER, LLC<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.<br>1:16-cv-00486-WSD |
| GENERAL ELECTRIC COMPANY,<br>GE ENERGY MANAGEMENT<br>SERVICES, INC., and<br>GE GRID SOLUTIONS, LLC<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

### [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

On this day the Court considered the Motion to Withdraw Peter J. Chassman as Counsel of Record Pursuant to Northern District of Georgia Local Rule 83.1(E)(d) (the "Motion").

After considering the Motion and consent thereto, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Peter J. Chassman is withdrawn as counsel of record in this case.  It is further

ORDERED that Peter J. Chassman shall be listed as "terminated" in the CM/ECF system for this case.  It is further

ORDERED that Peter J. Chassman shall cease receiving electronic notifications via the CM/ECF system for this case.

Signed on: _April 22, 2016_

_William S. Duffey_

The Honorable William S. Duffey, Jr.
UNITED STATES DISTRICT JUDGE