IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GROUPCHATTER, LLC<br>　　Plaintiff | § § § | CONSOLIDATED |
| v. | § § § | |
| GENERAL ELECTRIC<br>COMPANY, *et al*.; | § § § | 1:16-cv-00486-WSD<br>(LEAD CASE) |
| LANDIS+GYR TECHNOLOGIES,<br>LLC AND LANDIS+GYR<br>TECHNOLOGY, INC.; | § § § § | 1:16-cv-00711-TCB |
| ITRON, INC.<br>　　Defendants | § § § | 1:16-cv-01800-WSD |

**PLAINTIFF'S CERTIFICATE OF SERVICE OF
INITIAL DISCLOSURES TO DEFENDANTS**

Pursuant to the Standing Order Regarding Civil Litigation §7, Plaintiff GroupChatter, LLC hereby notifies the Court and all parties of record that on July 1, 2016, GroupChatter, LLC served its Initial Disclosures to Defendants General Electric Company, GE Energy Management Services, Inc., GE Grid Solutions, LLC, Landis+Gyr Technologies, LLC, Landis+Gyr Technology, Inc., and Itron, Inc.

Respectfully submitted,

By: /s/*Daniel A. Kent*
Daniel A. Kent
Georgia Bar Number 415110
dankent@kentrisley.com
**KENT & RISLEY LLC**
555 N Point Ctr E Ste 400
Alpharetta, GA 30022
Tel: (404) 585-4214
Fax: (404) 829-2412

and

Cabrach J. Connor
State Bar No. 24036390
Email: cconnor@taylordunham.com
David E. Dunham
State Bar No. 06227700
Email: ddunham@taylordunham.com
Jennifer Tatum Lee
Texas Bar No. 24046950
Email: jtatum@taylordunham.com
**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Ave., Suite 1050
Austin, Texas 78701
512.473.2257 Telephone
512.478.4409 Facsimile

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of July, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/*Daniel A. Kent*
Daniel A. Kent