IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GROUPCHATTER, LLC**<br><br>   **Plaintiff,**<br><br> v.<br><br>**GENERAL ELECTRIC COMPANY, GE ENERGY MANAGEMENT SERVICES, INC., GE GRID SOLUTIONS, LLC, LANDIS+GYR TECHNOLOGIES, LLC, LANDIS+GYR TECHNOLOGY, INC., and ITRON, INC.,**<br><br>   **Defendants.** | 1:16-cv-486-WSD |

## ORDER

This matter is before the Court on Defendants Landis-Gyr Technologies, LLC's and Landis+Gyr Technology, Inc.'s (collectively "Landis+Gyr") Unopposed Motion for Leave to File First Supplemental Answer, Defenses, and Counterclaims of Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. and Memorandum of Law in Support (the "Motion") [48]. For the reasons set forth in the Motion, the Court finds that it should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Landis+Gyrs' Motion is **GRANTED**.  The Clerk is **DIRECTED** to docket the First Supplemental Answer, Defenses, and Counterclaims of Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. to Plaintiff's First Amended Complaint and Jury Demand with attachments as of the date of this Order [48-1 through 48-9].

**SO ORDERED** this 5th day of July, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE