**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GROUPCHATTER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-cv-00486 WSD |
| | ) | |
| GENERAL ELECTRIC COMPANY, et al., | ) | CONSOLIDATED CASE |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FIRST SUPPLEMENTAL ANSWER, DEFENSES, AND**
**COUNTERCLAIMS OF LANDIS+GYR TECHNOLOGIES, LLC AND**
**LANDIS+GYR TECHNOLOGY, INC. TO PLAINTIFF'S**
<u>**FIRST AMENDED COMPLAINT AND JURY DEMAND**</u>

Defendants Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. (collectively, "Landis+Gyr"), by and through their attorneys, hereby supplement their answer to "Plaintiff's First Amended Complaint and Jury Demand" (the "Amended Complaint") filed by Plaintiff GroupChatter, LLC ("GroupChatter" or "Plaintiff") as follows:

## THE PARTIES

1.      Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 of the Amended Complaint, and denies those allegations on that basis.

2.      Landis+Gyr admits that Landis+Gyr Technologies, LLC is a limited liability company organized and existing under the laws of Minnesota, that it has a regional office and principal place of business located at 6436 County Rd. 11, Pequot Lakes, MN 56472 and its headquarters located at 30000 Mill Creek Avenue, Alpharetta, GA 30022, and that it can be served with process through its registered agent, Corporation Service Company, 2345 Rice Street, Suite 230, Roseville, MN 55113; and denies the remaining allegations of Paragraph 2.

3.      Landis+Gyr admits that Landis+Gyr Technology, Inc. is a corporation organized and existing under the laws of Delaware with its headquarters and principal place of business located at 30000 Mill Creek Avenue, Alpharetta, GA 30022, and that it can be served with process through its registered agent, Corporation Service Company d/b/a Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701 and Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092; and denies the remaining allegations of Paragraph 3.

## JURISDICTION AND VENUE

4.     Landis+Gyr admits that this purports to be an action for patent
infringement arising under Title 35 of the United States Code, and that the U.S.
District Court for the Northern District of Georgia has subject matter jurisdiction
under 28 U.S.C. §§ 1331 and 1338(a); and denies the remaining allegations of
Paragraph 4.

5.     Landis+Gyr states that "L+G," as used in Paragraph 5 and throughout
Plaintiff's Amended Complaint, is an undefined term, and that, for purposes of this
Answer, Landis+Gyr has interpreted "L+G" to refer to Landis+Gyr Technologies,
LLC and Landis+Gyr Technology, Inc., collectively; admits, for purposes of this
action only, that venue is proper in the Northern District of Georgia under 28 U.S.C.
§§ 1391(c) and 1400(b) because Landis+Gyr transacts business in this judicial
district; specifically denies that it has committed any acts of infringement in Texas
or this judicial district, or that it has significant ties to Texas; and denies the
remaining allegations of Paragraph 5.

6.     Landis+Gyr admits that a June 21, 2010 press release entitled
"Landis+Gyr Wins Major Smart Grid Project With Texas Municipal Utility" states
in part: "Landis+Gyr is now deploying more than five million smart meters with
forward-looking Texas utilities, including Oncor, AEP-Texas, Austin Energy, and

CPS Energy – the equivalent of equipping one in every two Texas households with the power to manage energy better"; denies that this press release discusses any "Texas Grid Project"; and denies the remaining allegations of Paragraph 6.

7.    Landis+Gyr admits that a case study entitled "Partner in a Big Way," published in June 2009 and available online at http://www.landisgyr.com/resources/partner-in-a-big-way/, states in part: "One of the largest, fastest and most Advanced Smart Meter deployments in the US is taking place in the Dallas metropolitan area" and "Teaming together with Texas utility Oncor, Landis+Gyr is providing the complete solution – meters, networks and software – for this leading-edge effort."  Except as so admitted, Landis+Gyr denies that Landis+Gyr "partnered" with Oncor Electric Delivery Company LLC; and denies the remaining allegations of Paragraph 7.

8.    Landis+Gyr admits that the case study entitled "Partner in a Big Way," published in June 2009 and available online at http://www.landisgyr.com/resources/partner-in-a-big-way/, states in part: "Landis+Gyr was selected by On-cor to replace over 3 million me-ters by 2012, in a project that includes a two-way communication network and electronic meters fitted with remote service switches.  The system also enables consumer involvement via in-home displays, and can be expanded to include distribution automation.  The

USD 690 million Oncor project, which includes Landis+Gyr's Gridstream solution, represents the largest Advanced Metering System rollout in Texas and is one of the largest in the US." Except as so admitted, Landis+Gyr denies the remaining allegations of Paragraph 8.

9.  Landis+Gyr admits that a 2012-2013 Company Profile for the Landis+Gyr group of companies, available online at http://www.landisgyr.com/webfoo/wp-content/uploads/2013/02/LandisGyr_CP_2012_en_Web.pdf, states in part: "July 2012 USA: AEP Texas has reached the half-way point in Gridstream$^{TM}$ Advanced Metering Infrastructure (AMI) deployment by installing 500,000 devices. Major cities served include Corpus Christi, Abilene, McAllen, Harlingen, San Angelo, Vernon, Victoria, and Laredo." Except as so admitted, Landis+Gyr denies the remaining allegations of Paragraph 9.

10.  Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 of the Amended Complaint, and denies those allegations on that basis.

11.  Landis+Gyr admits that Consert Inc. and Toshiba International Corporation ("TIC") are affiliates of Landis+Gyr, that Toshiba Corporation indirectly owns a majority of Landis+Gyr, on information and belief, that TIC is a Toshiba America Inc. Group Company, a wholly-owned subsidiary of Toshiba

Corporation, on information and belief, that Toshiba Corporation directly owns all of Consert Inc., that Consert Inc. has offices in San Antonio, Texas, and that Landis+Gyr Technology, Inc. provides to Consert Inc., upon request, certain support services, including, for example, finance and accounting, legal, human resources, operational oversight, information technology, and general managerial support services; states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Consert Inc.'s purported sale of home-energy management systems to CPS Energy or the alleged April 14, 2014 posting by an alleged Consert employee, and denies those allegations on that basis; denies that the "connection" between Consert Inc. and Landis+Gyr is "close"; specifically denies that Landis+Gyr has engaged in any infringing activities and that the Complaint and Amended Complaint identify any accused products or functionality supplied by Consert Inc.; and denies the remaining allegations of Paragraph 11 and footnotes 1 and 2.

12.    Landis+Gyr admits that TIC is an affiliate of Landis+Gyr, that TIC has a facility in Houston, Texas, and that Landis+Gyr Technology, Inc. and TIC once established a "Joint Energy Solution Center" located in Alpharetta, Georgia; states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning TIC's operation of its Houston, Texas facility, and

denies those allegations on that basis; specifically denies that Landis+Gyr has developed or sold infringing systems; and denies the remaining allegations of Paragraph 12.

13.     Landis+Gyr admits that Paragraph 8 of a document dated May 20, 2011 and entitled "Denton County Electric Cooperative Inc.'s Answer To Transdata, Inc.'s First Amended Complaint For Patent Infringement, Affirmative Defenses, And Counterclaims" filed by Denton County Electric Cooperative Inc. in *Transdata, Inc. v. Denton Cty. Elec. Coop. Inc.*, Case No. 6:11-cv-113-LED-JDL (E.D. Tex.), a case that is unrelated to this case, states in part: "CoServ also admits that it uses the Landis+Gyr Focus AX residential electric meters only in Sherman Division of the Eastern District of Texas"; denies that Denton County Electric Cooperative Inc. is a "partner" of Landis+Gyr; specifically denies that Landis+Gyr "has specific ties to the Eastern District of Texas" relating to any "infringement" or that it is infringing the patents-in-suit; and denies the remaining allegations of Paragraph 13.

14.     Landis+Gyr admits that Paragraph 9 of a document dated November 25, 2015 and entitled "Defendants Landis+Gyr, Inc.'s And Landis+Gyr Technology, Inc.'s Answer To Plaintiff Transdata, Inc.'s Original Complaint For Patent Infringement And Affirmative Defenses" filed by Landis+Gyr Technology, Inc. and Landis+Gyr, Inc. in *Transdata, Inc. v. Landis+Gyr, Inc.*, Case No.

6:15-cv-850-RWS-JDL (E.D. Tex.), a case that is unrelated to this case, states in part: "Landis+Gyr Technology has sold and offered to sell electric meters to customers located in the Eastern District of Texas.  Landis+Gyr and Landis+Gyr Technology deny that they maintain personnel and/or offices in the Eastern District of Texas.  Defendants deny any remaining allegations contained in Paragraph 9"; admits that, as of January 22, 2016, Landis+Gyr Technology, Inc. and Landis+Gyr, Inc. had not filed a motion to transfer the unrelated *TransData* case (Case No. 6:15-cv-850-RWS-JDL (E.D. Tex.)); specifically denies that the sale and deployment of these electric meters constitutes an infringement or indirect infringement of the patents-in-suit; and denies the remaining allegations of Paragraph 14 and footnote 3.

15.     Denied.

16.     Landis+Gyr admits that Landis+Gyr imports into the United States (including into Texas) components of the accused Gridstream RF advanced metering system that have been manufactured at a manufacturing facility located in Mexico; and denies the remaining allegations of Paragraph 16.

17.     Landis+Gyr admits that non-party Landis+Gyr Inc. operates a manufacturing facility located in Reynosa, Mexico; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining

allegations of Paragraph 17 because Landis+Gyr lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.

18.     Landis+Gyr admits, for purposes of this action only, that venue is proper in the Northern District of Georgia under 28 U.S.C. §§ 1391(c) and 1400(b) because Landis+Gyr transacts business in the Northern District of Georgia and has a regular and established place of business in the Northern District of Georgia; specifically denies that it has committed any acts of infringement in this judicial district or in any other judicial district; specifically denies that it has a regular and established place of business in the Eastern District of Texas; and denies the remaining allegations of Paragraph 18.

19.     Landis+Gyr admits, for purposes of this action only, that the Northern District of Georgia has personal jurisdiction over Landis+Gyr because Landis+Gyr conducts business in the State of Georgia; specifically denies that it has engaged in any of the allegedly infringing activities set forth in the Amended Complaint, in this district or elsewhere; and denies the remaining allegations of Paragraph 19.

## GROUPCHATTER PATENTS

20.     Denied.

21.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 of the Amended Complaint concerning GroupChatter's alleged bases for accusing Landis+Gyr of infringement, and denies those allegations on that basis; denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 21. Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

22.     Paragraph 22 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr specifically denies that the L+G Asserted Claims are novel, and that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 22. Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

23.     Paragraph 23 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the claimed system are legally or factually accurate; and denies the remaining allegations of

Paragraph 23.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

24.  Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24 of the Amended Complaint, and denies those allegations on that basis.

25.  Paragraph 25 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that the L+G Asserted Claims are novel; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 25, and denies those allegations on that basis.

26.  Paragraph 26 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 26.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

27.  Paragraph 27 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G

Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 27.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

28.    Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 of the Amended Complaint, and denies those allegations on that basis.

29.    Paragraph 29 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr admits that a copy of Figure 1 of the '959 Patent appears in the body of Paragraph 29; and denies the remaining allegations of Paragraph 29.

30.    Paragraph 30 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30, and denies those allegations on that basis.

31.    Landis+Gyr admits that a portion of the "Background of the Invention" section of the '959 Patent states in part: "As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process.

Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability.  Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable"; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 31, and denies those allegations on that basis.

32.     Landis+Gyr admits that a portion of the "Background of the Invention" section of the '959 Patent states in part: "More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging.  Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups"; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 32, and denies those allegations on that basis.

33.     Paragraph 33 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that the L+G Asserted Claims are novel; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 33, and denies those allegations on that basis.

34.     Paragraph 34 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr admits that the '959 Patent states, in part: "ReFLEX[TM] supports personal and information service (IS) messages.  Personal messages involve a single recipient, and ReFLEX[TM] enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user.  IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses.  ReFLEX pagers can be configured with one personal address and multiple IS addresses.  IS messages are strictly one-way and ReFLEX[TM] does not support any response or acknowledgement from the recipient group.  The present invention, however, adds message acknowledgement, message read notification, and multiple choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX[TM] protocol.  As described further below, the present invention implements two significant changes to conventional 2-way paging.  First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature"; denies that the patents-in-suit state that at the time of the alleged inventions, existing two-way wireless messaging protocols did not permit

acknowledgments of messages sent to groups of endpoints; denies that the L+G

Asserted Claims are novel; and states that it is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of Paragraph

34, and denies those allegations on that basis.

35.     Paragraph 35 of the Amended Complaint does not set forth any factual

allegations, and therefore, no response is required.  To the extent any response is

required, Landis+Gyr denies that GroupChatter's characterizations of the L+G

Asserted Claims are legally or factually accurate; and denies the remaining

allegations of Paragraph 35.  Landis+Gyr further states that the meaning and scope

of the L+G Asserted Claims will be determined by the Court as a matter of law.

36.     Paragraph 36 of the Amended Complaint does not set forth any factual

allegations, and therefore, no response is required.  To the extent any response is

required, Landis+Gyr denies that GroupChatter's characterizations of the L+G

Asserted Claims are legally or factually accurate; and denies the remaining

allegations of Paragraph 36.  Landis+Gyr further states that the meaning and scope

of the L+G Asserted Claims will be determined by the Court as a matter of law.

37.     Paragraph 37 of the Amended Complaint does not set forth any factual

allegations, and therefore, no response is required.  To the extent any response is

required, Landis+Gyr denies that GroupChatter's characterizations of the L+G

Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 37.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

38.     Paragraph 38 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 38.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

39.     Paragraph 39 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 39.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

40.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40 of the Amended Complaint, and denies those allegations on that basis.

41.     Paragraph 41 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that "L+G Accused System," as used in Paragraph 40 and throughout Plaintiff's Amended Complaint, is an undefined term, and that, for purposes of this Answer, Landis+Gyr has interpreted "L+G Accused System" to refer to the accused Gridstream RF advanced metering system; denies that the accused Gridstream RF advanced metering system practices the L+G Asserted Claims; and denies the remaining allegations of Paragraph 41.

42.     Landis+Gyr denies the allegations of Paragraph 42 as they relate to Landis+Gyr; and states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to "other infringers," and denies those allegations on that basis.

43.     Paragraph 43 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 43.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

44.     Paragraph 44 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that the L+G Asserted Claims are not directed to an abstract idea; further denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 44.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

45.     Paragraph 45 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

46.     Paragraph 46 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that the L+G Asserted Claims are novel, non-obvious, and eligible for patenting; denies that GroupChatter's characterizations of the L+G

Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 46.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

47.    Paragraph 47 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47 because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.

48.    Paragraph 48 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48 because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

49.     Paragraph 49 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies the allegations of Paragraph 49.

50.     Paragraph 50 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 50.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

51.     Paragraph 51 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.

52.     Paragraph 52 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning what alleged problems the

inventors recognized, and denies those allegations on that basis; denies that the L+G Asserted Claims are novel or inventive; denies that GroupChatter's characterizations of the patents-in-suit and the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 52. Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

53. Paragraph 53 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required. To the extent any response is required, Landis+Gyr denies that Landis+Gyr adopted the subject matter of the L+G Asserted Claims or that it is otherwise directly or indirectly infringing the L+G Asserted Claims; denies that GroupChatter's characterizations of the patents-in-suit and the L+G Asserted Claims are legally or factually accurate; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 53 because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis. Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

## L+G GRIDSTREAM AMR/AMR SYSTEM

54.     Landis+Gyr admits that the Amended Complaint purports to identify "asserted claims," which Plaintiff defines as the "L+G Asserted Claims," and purports to reference at least some publicly-available information relating to Landis+Gyr; denies that GroupChatter has provided other "infringement allegations" that purport to identify the L+G Asserted Claims; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 54, and denies those allegations on that basis.

55.     Landis+Gyr admits that the accused Gridstream RF advanced metering system can provide two-way communications functionality to utilities; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 55 because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.

56.     Landis+Gyr admits that the accused Gridstream RF advanced metering system can include gas, water, or electricity meters with radio modules that support two-way communications between or among devices.  Except as so admitted, Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 56 because it lacks an

understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.

57.     Landis+Gyr admits that a product specification entitled "Gridstream Data Management System," available online at http://www.landisgyr.com/webfoo/wp-content/uploads/2013/04/PS_GridstreamM DMS.pdf, states in part: "The Gridstream MDMS offers a standard Business Process Management feature that keeps automated billing and many other operational areas simple and straightforward for every utility.  The business process management features include: … Automated Group Management: Group devices by technology type, rate and class type, and geography to ease event administration, work flows and composite command execution"; denies that this functionality is accused or otherwise relevant to the patents-in-suit; and denies the remaining allegations of Paragraph 57.

58.     Landis+Gyr admits that a white paper entitled "Demand Side Management: Why utility-directed load management programs make more sense than ever before" states in part: "Advanced metering infrastructure (AMI) and other smart grid technologies offer new ways for utilities to gain the real-time visibility and intelligence they need to monitor and control millions of devices over a wide

network."  Except as so admitted, Landis+Gyr denies the remaining allegations of Paragraph 58.

59.     Landis+Gyr admits that a white paper entitled "Advanced Load Management: Challenges and Solutions" states in part: "While basic load management programs are designed to reduce peak power costs, maintain system reliability and prevent outages, recent advanced load management initiatives have evolved into strategic, real-time operational resources for a wide range of new commercial applications, circuit-level management and other advanced grid management functions requiring greater levels of data and feedback."  Except as so admitted, Landis+Gyr denies the remaining allegations of Paragraph 59.

60.     Landis+Gyr admits that a white paper entitled "Advanced Load Management: Challenges and Solutions" states in part: "While basic load management programs are designed to reduce peak power costs, maintain system reliability and prevent outages, recent advanced load management initiatives have evolved into strategic, real-time operational resources for a wide range of new commercial applications, circuit-level management and other advanced grid management functions requiring greater levels of data and feedback. As a result, any enabling technology applied to effective load management programs must meet specific requirements: … Near-real-time visibility of available load. Operators need

near-real-time load information to verify how much load can be shed at any time. With some applications, such as virtual peaking and circuit-level load control, operators need earlier insight into whether or not the load shed event actually occurred." Except as so admitted, Landis+Gyr denies the remaining allegations of Paragraph 60. Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

61.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61 of the Amended Complaint because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.

62.     Landis+Gyr admits that a white paper entitled "Advanced Load Management: Challenges and Solutions" states in part: "Because each irrigation pump is equal to as many as 40 residential homes, it is critical that the start command for each conservation event reach the device on a timely basis and the utility knows whether any controllers are nonresponsive. The two-way nature of the Gridstream AMI network makes these communications possible." Except as so admitted, Landis+Gyr denies the remaining allegations of Paragraph 62.

63.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63 of the Amended Complaint because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

64.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64 of the Amended Complaint because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

65.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65 of the Amended Complaint because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

66.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 of the Amended Complaint because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

67.     Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67 of the Amended Complaint because it lacks an understanding as to the meanings attributed by Plaintiff to the terms in those allegations, and therefore, it denies those allegations on that basis.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

68.     Paragraph 68 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.  To the extent any response is required, Landis+Gyr denies that GroupChatter's characterizations of the L+G Asserted Claims are legally or factually accurate; and denies the remaining allegations of Paragraph 68.  Landis+Gyr further states that the meaning and scope of the L+G Asserted Claims will be determined by the Court as a matter of law.

69.     Denied.

## COUNT 1
## (ALLEGED INFRINGEMENT OF U.S. PATENT NO. 7,969,959)

70.    Landis+Gyr restates its responses contained in the above Paragraphs 1 through 69 of this Answer as if fully set forth herein.

71.    Landis+Gyr admits that U.S. Patent No. 7,969,959 ("the '959 Patent") is entitled "Method and Apparatus for Efficient and Deterministic Group Alerting"; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 71, and denies those allegations on that basis.

72.    Landis+Gyr admits that a copy of the '959 Patent is attached as Exhibit A to the Amended Complaint.

73.    Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73 of the Amended Complaint, and denies those allegations on that basis.

74.    Landis+Gyr admits that the '959 Patent bears an issue date of June 28, 2011.

75.    Denied.

76.    Landis+Gyr denies that it is practicing or otherwise infringing the '959 Patent; and states that it is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations of Paragraph 76, and denies those allegations on that basis.

77.    Denied.

78.    Denied.

79.    Denied.

80.    Landis+Gyr admits that the Gridstream RF advanced metering system can include metering devices, including electricity meters, that have communication capabilities; and denies the remaining allegations of Paragraph 80.

81.    Denied.

82.    Denied.

83.    Denied.

84.    Denied.

85.    Denied.

86.    Denied.

87.    Denied.

## COUNT 2
## (ALLEGED INFRINGEMENT OF THE U.S. PATENT NO. 8,199,740)

88.    Landis+Gyr restates its responses contained in the above Paragraphs 1 through 87 of this Answer as if fully set forth herein.

89.     Landis+Gyr admits that U.S. Patent No. 8,199,740 ("the '740 Patent")
is entitled "Method and Apparatus for Efficient and Deterministic Group Alerting";
and states that it is without knowledge or information sufficient to form a belief as to
the truth of the remaining allegations of Paragraph 89, and denies those allegations
on that basis.

90.     Landis+Gyr admits that a copy of the '740 Patent is attached as Exhibit
B to the Amended Complaint.

91.     Landis+Gyr states that it is without knowledge or information
sufficient to form a belief as to the truth of the allegations of Paragraph 91 of the
Amended Complaint, and denies those allegations on that basis.

92.     Landis+Gyr admits that the '740 Patent bears an issue date of June 12,
2012.

93.     Denied.

94.     Denied.

95.     Denied.

96.     Landis+Gyr admits that a metering device in a Gridstream RF
advanced metering system may be capable of sending and receiving data wirelessly,
but only if it includes an RF or cellular communication component; and denies the
remaining allegations of Paragraph 96.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

## COUNT 3
## (ALLEGED INFRINGEMENT OF U.S. PATENT NO. 8,588,207)

104. Landis+Gyr restates its responses contained in the above Paragraphs 1 through 103 of this Answer as if fully set forth herein.

105. Landis+Gyr admits that U.S. Patent No. 8,588,207 ("the '207 Patent") is entitled "Method and Apparatus for Efficient and Deterministic Group Alerting"; and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 105, and denies those allegations on that basis.

106. Landis+Gyr admits that a copy of the '207 Patent is attached as Exhibit C to the Complaint.

107.   Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107 of the Amended Complaint, and denies those allegations on that basis.

108.   Landis+Gyr admits that the '207 Patent bears an issue date of November 19, 2013.

109.   Denied.

110.   Denied.

111.   Denied.

112.   Denied.

113.   Denied.

114.   Denied.

115.   Denied.

116.   Denied.

117.   Denied.

## COUNT 4
## (ALLEGED INFRINGEMENT OF U.S. PATENT NO. 9,014,659)

118.   Landis+Gyr restates its responses contained in the above Paragraphs 1 through 117 of this Answer as if fully set forth herein.

119.   Landis+Gyr admits that U.S. Patent No. 9,014,659 ("the '659 Patent") is entitled "Method and Apparatus for Efficient and Deterministic Group Alerting";

and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 119, and denies those allegations on that basis.

120.   Landis+Gyr admits that a copy of the '659 Patent is attached as Exhibit D to the Amended Complaint.

121.   Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 121 of the Amended Complaint, and denies those allegations on that basis.

122.   Landis+Gyr admits that the '659 Patent bears an issue date of April 21, 2015.

123.   Denied.

124.   Denied.

125.   Denied.

126.   Denied.

127.   Denied.

128.   Denied.

129.   Denied.

130.   Denied.

131.   Denied.

132.   Denied.

133.   Denied.

134.   Denied.

135.   Denied.

136.   Denied.

## **NOTICE**

137.   Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 137 of the Amended Complaint, and denies those allegations on that basis.

138.   Landis+Gyr states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 138 of the Amended Complaint, and denies those allegations on that basis.

## **NOTICE OF REQUIREMENT OF LITIGATION HOLD**

139.   Paragraph 139 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.

140.   Paragraph 140 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.

141.   Paragraph 141 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.

## JURY DEMAND

142.   Paragraph 142 of the Amended Complaint does not set forth any factual allegations, and therefore, no response is required.

## [PLAINTIFF'S] PRAYER FOR RELIEF

Plaintiff's Prayer for Relief does not require a response, though Landis+Gyr denies that Plaintiff is entitled to any relief from Landis+Gyr as prayed for or otherwise, and asks that the Court deny all such relief.

## DEFENSES

## FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Landis+Gyr does not directly or indirectly infringe – and has not directly or indirectly infringed – any valid claim of the '959 Patent, either literally or under the doctrine of equivalents.

## THIRD DEFENSE

Landis+Gyr does not directly or indirectly infringe – and has not directly or indirectly infringed – any valid claim of the '740 Patent, either literally or under the doctrine of equivalents.

## FOURTH DEFENSE

Landis+Gyr does not directly or indirectly infringe – and has not directly or indirectly infringed – any valid claim of the '207 Patent, either literally or under the doctrine of equivalents.

## FIFTH DEFENSE

Landis+Gyr does not directly or indirectly infringe – and has not directly or indirectly infringed – any valid claim of the '659 Patent, either literally or under the doctrine of equivalents.

## SIXTH DEFENSE

One or more claims of the '959 Patent is invalid on the grounds that the purported inventions attempted to be patented therein fail to meet the conditions of patentability specified in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

## SEVENTH DEFENSE

One or more claims of the '740 Patent is invalid on the grounds that the purported inventions attempted to be patented therein fail to meet the conditions of patentability specified in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

## EIGHTH DEFENSE

One or more claims of the '207 Patent is invalid on the grounds that the purported inventions attempted to be patented therein fail to meet the conditions of patentability specified in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

## NINTH DEFENSE

One or more claims of the '659 Patent is invalid on the grounds that the purported inventions attempted to be patented therein fail to meet the conditions of patentability specified in Title 35 of the United States Code, including without limitation §§ 101, 102, 103, and/or 112.

## TENTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, laches, and/or acquiescence.

Landis+Gyr denies each and every allegation of Plaintiff's Amended Complaint not expressly admitted or otherwise specifically responded to above. Landis+Gyr denies that it is directly or indirectly infringing any valid claim of the '959 Patent, the '740 Patent, the '207 Patent, and the '659 Patent; denies that the '959 Patent, the '740 Patent, the '207 Patent, and the '659 Patent are valid; and

denies that it is liable to Plaintiff for any reason or in any amount and that Plaintiff is entitled to any relief whatsoever against Landis+Gyr.

## COUNTERCLAIMS FOR DECLARATORY JUDGMENT

In accordance with Rule 13 of the Federal Rules of Civil Procedure, and as and for its counterclaims against Plaintiff, Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. state and allege as follows:

## NATURE OF THE ACTION

1.      This is an action for declaratory judgment of the non-infringement and invalidity of U.S. Patent No. 7,969,959 ("the '959 Patent"), U.S. Patent No. 8,199,740 ("the '740 Patent"), U.S. Patent No. 8,588,207 ("the '207 Patent"), and U.S. Patent No. 9,014,659 ("the '659 Patent"); and for declaratory judgment of non-infringement of U.S. Patent No. 9,294,888 ("the '888 Patent").  True and correct copies of the '959 Patent, the '740 Patent, the '207 Patent, the '659 Patent, and the '888 Patent are attached hereto as Exhibits A, B, C, D, and E, respectively.

## THE PARTIES

2.      Defendant and counterclaim-plaintiff Landis+Gyr Technologies, LLC ("Landis+Gyr Technologies") is a corporation organized and existing under the laws of Minnesota having a regional office and principal place of business located at 6436

County Rd. 11, Pequot Lakes, MN 56472 and its headquarters located at 30000 Mill Creek Avenue, Alpharetta, GA 30022.

3.     Defendant and counterclaim-plaintiff Landis+Gyr Technology, Inc. ("Landis+Gyr Technology") is a corporation organized and existing under the laws of Delaware having its headquarters and a principal place of business located at 30000 Mill Creek Avenue, Alpharetta, GA 30022.

4.     Landis+Gyr makes and sells energy management products, including the Landis+Gyr Gridstream system that GroupChatter accuses of infringement in this action.

5.     On information and belief, plaintiff and counterclaim-defendant GroupChatter, LLC is a Texas limited liability company with its principal place of business at 1400 Preston Road, Suite 475, Plano, Texas 75093.

## JURISDICTION AND VENUE

6.     These counterclaims are brought under the provisions of the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.  As reflected in the Amended Complaint, GroupChatter has accused Landis+Gyr Technologies and Landis+Gyr Technology (collectively, "Landis+Gyr") of infringing the '959 Patent, the '740 Patent, the '207 Patent, and the '659 Patent.  Landis+Gyr has denied such accusations, and has asserted that the '959 Patent, the '740 Patent, the '207 Patent,

and the '659 Patent are invalid and not infringed.  Therefore, there exists an actual, immediate, and justiciable controversy between the parties within the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1338.

7.     Further, on or about April 18, 2016, GroupChatter's counsel of record in this action informed Landis+Gyr's counsel of record in this action that GroupChatter intended to amend its pleadings to assert the '888 Patent against Landis+Gyr.

8.     On information and belief, GroupChatter claims to be the owner, by assignment, of the '888 Patent, entitled "Method and Apparatus for Efficient and Deterministic Group Alerting," which issued on March 22, 2016.  The '888 Patent names James M. Dabbs, III and Brian Claise as the inventors, and GroupChatter, LLC as the named applicant and assignee of the '888 Patent.

9.     The '888 Patent is a continuation of the '659 Patent, which is a continuation of the '207 Patent, which is a continuation of the '740 Patent, which is a continuation of the '959 Patent.

10.     Landis+Gyr consented to GroupChatter's request to amend its complaint to add the '888 Patent.  Following GroupChatter's indication of its intent to assert the '888 Patent, the parties proceeded to negotiate a joint schedule and

discovery plan that contemplated GroupChatter amending its complaint to add the '888 Patent.

11.    On or about April 29, 2016, GroupChatter's counsel of record informed Landis+Gyr that GroupChatter had decided not to amend its complaint "at this time" to add the '888 Patent.

12.    In subsequent communications among GroupChatter and Landis+Gyr, GroupChatter refused to grant Landis+Gyr a covenant not to sue on the '888 Patent.

13.    In subsequent communications among GroupChatter and Landis+Gyr, GroupChatter refused to confirm that it would not later seek to amend its pleadings to add the '888 Patent.

14.    In subsequent communications among GroupChatter and Landis+Gyr, GroupChatter refused to confirm that it does not presently have a basis to assert the '888 Patent against Landis+Gyr.

15.    Landis+Gyr denies that it has infringed and that it is infringing the '888 Patent.  Therefore, with respect to the '888 Patent, there exists an actual, immediate, and justiciable controversy between the parties within the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1338.

16.    This Court has personal jurisdiction over GroupChatter.

17.    Venue is proper in this Court under 28 U.S.C. § 1391.

## COUNT ONE

### Declaratory Judgment of Non-Infringement of
### the '959 Patent, the '740 Patent, the '207 Patent, and the '659 Patent

18.     Landis+Gyr has not directly or indirectly infringed and is not directly

or indirectly infringing any valid claim of the '959 Patent, the '740 Patent, the '207

Patent, or the '659 Patent, and is entitled to a declaration to that effect.

## COUNT TWO

### Declaratory Judgment of Invalidity of
### the '959 Patent, the '740 Patent, the '207 Patent, and the '659 Patent

19.     One or more of the claims of the '959 Patent, the '740 Patent, the '207

Patent, and the '659 Patent are invalid for failing to comply with the Patent Laws of

the United States, including the conditions and requirements for patentability set

forth in one or more of 35 U.S.C. §§ 101, 102, 103, and 112, and Landis+Gyr is

entitled to a declaration to that effect.

## COUNT THREE

### Declaratory Judgment of Non-Infringement of
### the '888 Patent

20.     The '888 Patent is generally directed to a public safety-related method

and apparatus for sending an alert message to human users of the system (e.g., first

responders, public safety personnel) via their mobile devices (e.g., pagers, cell

phones, wireless personal data assistants, or portable computers running WiFi), and

receiving a response when the user has received the message, when the user has viewed the message, and when the user has selected a reply to the message.

21.     Landis+Gyr's Gridstream system has not directly or indirectly infringed and is not directly or indirectly infringing the '888 Patent, and Landis+Gyr is entitled to a declaration to that effect.

22.     Independent claim 1 of the '888 Patent is generally directed to a method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, wherein each recipient comprises at least one mobile device capable of transmitting and receiving data.  The claimed method includes several steps, including "storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device comprising at least its corresponding recipient identifier; wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each

of the mobile devices being configured to receive the broadcast group message and send a response; monitoring for responses to the group message from the selected group of recipients; and storing acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of the recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient."

23.     The accused Gridstream system does not infringe claim 1 of the '888 Patent (or any of its dependent claims) because the Gridstream system does not perform the claimed method of alerting a group of recipients over a wireless network, wherein each recipient comprises a mobile device.  By way of example only, and without limitation, the accused Gridstream system is an energy management system that can enable wireless communications with gas, water, and/or electricity meters that have radio modules that support two-way communications between or among devices.  These gas, water, and electricity meters are not "recipients" or "mobile devices" in the context of the '888 Patent.  Rather, Gridstream meters are simply mechanical or electronic devices that can be installed at fixed physical locations in order to monitor gas, water, or electricity consumption at that location.   They also do not enable a human user of the

Gridstream system to respond with an indication that the user has received a message, read the message, and replied to the message.  Thus, for these and other reasons, the Gridstream system does not infringe claim 1 or any of its dependents because it does not perform the steps of "storing data relating to recipients, groups and group members, in a memory device…," "providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device…," "wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients…," "monitoring for responses to the group message from the selected group of recipients," or "storing acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of the recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient," as those claims are properly construed in the context of the '888 Patent.

24.    Independent claim 10 of the '888 Patent is generally directed to "[a] deterministic group messaging system providing acknowledged group messaging comprising: a memory device configured to store a recipient identifier for each of a plurality of recipients, a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients,

and group membership data comprising the recipient identifiers of the selected
recipient corresponding to each of the group identifiers, wherein at least one mobile
device corresponding to each of the plurality of recipients is provided with at least a
subset of the data stored in the memory device comprising its corresponding
recipient identifier; and a control module comprising at least one processing device
that is configured to access the memory device and is programmed to wirelessly
transmit a group message to the mobile device corresponding to each recipient in a
selected group of recipients, each of the mobile devices being configured to receive
the group message and send a response when the group message is determined to be
for a group to which that recipient belongs as a group member, monitor for
responses to the group message from the selected group of recipients, and store
acknowledgement data in the memory device for the recipients, the
acknowledgement data comprising an indication of response for each of recipients
that indicates that the group message was received by that recipient, that the group
message was read by that recipient, and a reply was sent by that recipient."

25.   The accused Gridstream system does not infringe claim 10 of the '888
Patent (or any of its dependent claims).  By way of example only, and without
limitation, the accused Gridstream system is an energy management system that can
enable wireless communications with gas, water, and/or electricity meters that have

radio modules that support two-way communications between or among devices.

While the accused Gridstream system can communicate messages to and receive

messages from a meter, these gas, water, and electricity meters are not "recipients"

or "mobile devices" in the context of the '888 Patent.  Rather, Gridstream meters are

simply mechanical or electronic devices that can be installed at fixed physical

locations in order to monitor gas, water, or electricity consumption at that location.

The Gridstream system also does not store acknowledgement data for human users,

where the acknowledgement data comprises an indication of a response for each

user that indicates that a group message was received by the user, that the group

message was read by the user, and that a reply was sent by the user.  Thus, for these

and other reasons, the Gridstream system does not infringe claim 10 or any of its

dependents because it does not comprise "a memory device configured to store a

recipient identifier for each of a plurality of recipients, a group identifier

corresponding to each of respective groups of recipients, the groups each comprising

selected ones of the plurality of recipients, and group membership data comprising

the recipient identifiers of the selected recipient corresponding to each of the group

identifiers, wherein at least one mobile device corresponding to each of the plurality

of recipients is provided with at least a subset of the data stored in the memory

device comprising its corresponding recipient identifier," or "a control module

comprising at least one processing device that is configured to access the memory device and is programmed to wirelessly transmit a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member, monitor for responses to the group message from the selected group of recipients, and store acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient," as those claims are properly construed in the context of the '888 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiff's Amended Complaint and having asserted against Plaintiff counterclaims, Defendants and Counterclaim-Plaintiffs Landis+Gyr Technologies and Landis+Gyr Technology respectfully pray that:

A.      Plaintiff take nothing by way of its Amended Complaint;

B.     All claims asserted against Landis+Gyr Technologies and Landis+Gyr Technology in Plaintiff's Amended Complaint be dismissed with prejudice;

C.     Judgment be entered in favor of Landis+Gyr Technologies and Landis+Gyr Technology declaring that Landis+Gyr Technologies and Landis+Gyr Technology have not directly or indirectly infringed U.S. Patent No. 7,969,959, U.S. Patent No. 8,199,740, U.S. Patent No. 8,588,207, U.S. Patent No. 9,014,659, and U.S. Patent No. 9,294,888;

D.     Judgment be entered in favor of Landis+Gyr Technologies and Landis+Gyr Technology declaring that each and every claim of U.S. Patent No. 7,969,959, U.S. Patent No. 8,199,740, U.S. Patent No. 8,588,207, and U.S. Patent No. 9,014,659 is invalid;

E.     Landis+Gyr Technologies and Landis+Gyr Technology be awarded its costs and expenses, including attorneys' fees, as permitted by applicable law; and

F.     Landis+Gyr Technologies and Landis+Gyr Technology be awarded such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Landis+Gyr Technologies and Landis+Gyr Technology demand a trial by jury on all issues so triable as a matter of right and law.

Respectfully submitted, this 1st day of July, 2016.

KING & SPALDING LLP

s/ Natasha H. Moffitt
Natasha H. Moffitt
  Ga. Bar No. 367468
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Phone: (404) 572-4600
Facsimile: (404) 572-5134
nmoffitt@kslaw.com

Attorneys for Defendants
LANDIS+GYR TECHNOLOGIES, LLC
and
LANDIS+GYR TECHNOLOGY, INC.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served counsel for all parties to this action with a copy of the foregoing FIRST SUPPLEMENTAL ANSWER, DEFENSES, AND COUNTERCLAIMS OF LANDIS+GYR TECHNOLOGIES, LLC AND LANDIS+GYR TECHNOLOGY, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

**For GroupChatter**:    Cabrach J. Connor
David E. Dunham
Jennifer Tatum Lee
Taylor Dunham and Rodriguez, LLP
Suite 1050
301 Congress Avenue
Austin, TX 78701

Daniel Arthur Kent
Kent & Risley, LLC
Suite 400
555 N. Point Center East
Alpharetta, GA 30022

**For GE:**    Brian D. Roche
Reed Smith LLP -IL
10 South Wacker Drive
40th Floor
Chicago, IL 60606

David T. Pollock
Reed Smith LLP -San Francisco
Suite 1800
101 Second Street
San Francisco, CA 94105-3659

John Weldon Harbin
Warren James Thomas
Meunier Carlin & Curfman, LLC - ATL
Suite 1300
999 Peachtree Street NE
Atlanta, GA 30309

**For Itron:**          John M. Guaragna
Brian K. Erickson
DLA Piper US LLP-TX
Suite 2500
401 Congress Avenue
Austin, TX 78701

Christopher G. Campbell
James Michael Rusert
DLA Piper US LLP-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450

This 1st day of July, 2016.

s/ Natasha H. Moffitt
Natasha H. Moffitt

# Exhibit  A

US007969959B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,969,959 B2**
Dabbs, III et al.                (45) **Date of Patent:**     **Jun. 28, 2011**

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(75) Inventors: **James M. Dabbs, III**, Stockbridge, GA (US); **Brian Claise**, Alpharetta, GA (US)

(73) Assignee: **Critical Response Systems, Inc.**, Norcross, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1563 days.

(21) Appl. No.: **11/303,025**

(22) Filed: **Dec. 16, 2005**

(65) **Prior Publication Data**

US 2006/0187897 A1     Aug. 24, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(51) Int. Cl.
*H04W 4/00*               (2009.01)
(52) **U.S. Cl.** .................... **370/349**; 455/519; 455/404.1; 455/410; 340/7.46; 340/539.1; 340/442; 340/445; 340/441; 370/390; 370/310; 709/206; 709/207
(58) **Field of Classification Search** .................. 370/312, 370/349, 310, 390; 455/404.1, 410, 519; 340/7.46, 539.1, 442, 441, 445; 709/206, 709/207
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,278,539 | A | 1/1994 | Lauterbach et al. |
| 5,835,860 | A | 11/1998 | Diachina |
| 6,304,649 | B1 | 10/2001 | Lauzon et al. |

| | | | |
|---|---|---|---|
| 6,529,735 | B1 | 3/2003 | De Brito |
| 6,710,702 | B1 | 3/2004 | Averbuch et al. |
| 6,714,636 | B1 | 3/2004 | Baiyor et al. |
| 6,804,332 | B1 | 10/2004 | Miner et al. |
| 7,337,146 | B2 * | 2/2008 | Heelan et al. ................... 705/52 |
| 7,657,253 | B2 * | 2/2010 | Lewis .................. 455/412.2 |
| 7,808,378 | B2 * | 10/2010 | Hayden ...................... 340/506 |

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.
M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.
"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.

*Primary Examiner* — Pierre-Louis Desir
(74) *Attorney, Agent, or Firm* — Roylance, Abrams, Berdo & Goodman, LLP

(57)          **ABSTRACT**

A system and method are provided for reliable, wireless group alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers, and preferably employing a modified two-way paging based on ReFLEX™ protocol information service (IS) messages and a novel ALOHA command for multicast acknowledgement from mobile receivers. An encrypted message is broadcast to a group address and received by a selected number of the mobile receivers. The network replies to the sender with detailed information about the individual members in the alert group. Each of the mobile receivers in the group then acknowledges the common message back to the system, decrypts the message, displays it to the user, and allows the user to respond. The system employs centralized management to minimize the roles of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages.

**46 Claims, 7 Drawing Sheets**



**US 7,969,959 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2001/0010490 A1 * | 8/2001 | Bellin ........................ 340/7.46 |
| 2002/0177428 A1 | 11/2002 | Menard et al. |
| 2003/0153343 A1 | 8/2003 | Crockett et al. |
| 2004/0180654 A1 | 9/2004 | Chen |
| 2005/0157720 A1 * | 7/2005 | Chandhok et al. ............ 370/390 |
| 2005/0198183 A1 * | 9/2005 | Zilliacus et al. ............. 709/207 |
| 2006/0105740 A1 * | 5/2006 | Puranik ........................ 455/410 |
| 2006/0178128 A1 * | 8/2006 | Eaton et al. ................. 455/404.1 |
| 2006/0273893 A1 * | 12/2006 | Warner ........................ 340/531 |
| 2010/0146057 A1 * | 6/2010 | Abu-Hakima et al. ....... 709/206 |

* cited by examiner



FIG. 1



FIG. 2



12'

FIG. 3



10'

20'

12'

14'

CAD CLIENT

SPARKGAP SERVER

16

16

CONNECT

REQUEST 1 (LOGIN)

RESPONSE 1

REQUEST 2

RESPONSE 2

EVENT

EVENT

EVENT

FIG. 4

U.S. Patent    Jun. 28, 2011    Sheet 3 of 7    US 7,969,959 B2



FIG. 5



FIG. 6

U.S. Patent   Jun. 28, 2011   Sheet 4 of 7   US 7,969,959 B2



FIG. 7



FIG. 8



FIG. 9A

FIG. 9B

FIG. 10

US 7,969,959 B2

1

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This application claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the *Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon* available from Arlington County, Virginia, notes failures in all forms of communications, from initial alerting to tactical voice communications. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16)

2

provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present invention. In accordance with an aspect of the present invention, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises a mobile device capable of transmitting and receiving data. The method comprises the steps of: storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected

US 7,969,959 B2

3

ones of the other recipients; receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses; transmitting a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address; broadcasting the message to the selected group address via a wireless network; receiving acknowledgment responses from the recipients sharing the selected group address via the wireless network; and providing the acknowledgment responses to the network client.

In accordance with another aspect of the present invention, an apparatus for efficient- and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises a mobile device capable of transmitting and receiving data. The apparatus comprises: at least one of a memory device and an interface to an external memory device for storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients; a network client interface for receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses; a wireless communication network interface for communicating with the recipients via a wireless communication network; and a processing device connected to the memory device, the network client interface and the wireless communication network interface, the processing device being programmed to transmit a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address, broadcast the message to the selected group address via the wireless communication network and the wireless communication network interface, receive acknowledgment responses from the recipients sharing the selected group address via the wireless communication network, and provide the acknowledgment responses to the network client.

In accordance with yet another aspect of the present invention, a mobile device for efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises a mobile device capable of transmitting and receiving data. The mobile device comprises: a memory device for storing an assigned primary identifying address for its corresponding recipient and one or more group addresses that are shared with selected ones of the other recipients; a wireless communication network interface for communicating with a switch via a wireless communication network to receive messages therefore and to transmit responses to the switch; and a processing device connected to the memory device and the wireless communication network interface, the processing device being programmed to receive a message broadcast by the switch to a selected group address via the wireless communication network, to determine if it shares the selected group address, and to transmit an acknowledgment response to the switch via the wireless communication network if it shares the selected group address.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

4

FIG. 1 is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. 2 is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. 3 is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. 4 is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. 5 is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. 6 is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. 7 is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. 8 is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. 9A, 9B and 10 are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

DETAILED DESCRIPTION OF THE
EXEMPLARY EMBODIMENTS

Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless server, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of

US 7,969,959 B2

5

a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARK-GAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARK-GAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system 10 configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. 1. With reference to FIG. 1, a central switching system (hereinafter referred to generally as 'Switch') 12 connects to a Wireless Network 14 and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') 16 such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any

6

of its addresses. The Switch 12 comprises a Receiver Database 18 comprising stored information describing receivers, their group membership, and connects to a Wireless Network 14 such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. 2, the Receiver Database 18 comprises an independent table of Receivers 22 and an independent table of Groups 24. Each Receiver row in table 22 contains an identifying personal address, as well as other information specific to a single device 16 and its Wireless Network architecture. Each Group row in table 24 contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership 26 provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.

As administrative changes occur to the Receiver Database 18, configuration transactions are executed over the air with individual Receivers 16 to synchronize their configuration memory with the corresponding data in the Receiver Database 18. The system 10 therefore maintains an up-to-date image in the configuration memory of each Receiver 16, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. 7 and 8, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client 20) uses this system 10 to broadcast alert messages to groups of Receivers 16. To do so, the Client 20 composes a message, preferably including display content and a list of response strings. The Client 20 then connects to the Switch 12 and requests transmission of the message to a particular group name (block 50). Depending on the architecture of the Wireless Network 14, either the Client 20 or the Wireless Network 14 assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch 12 responds to the Client 20 with detailed information on the group such as a list or a count of group members (block 52). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block 54). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch 12 receives group message acknowledgement responses from the receivers 16 (block 56) that are associated with the broadcast group message (block 58) and provided to the Client 20 (block 60). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block 62) and provided to the Client 20 (block 64).

Upon receiving the Group Message (block 80), the Receivers 16 decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the

US 7,969,959 B2

7

group do not receive the message. Alternatively, a system **10** employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block **82**). Each Receiver **16** with a CC flag of false transmits one or more acknowledgement codes through the Network **14** back to the Switch **12**, specifying message received, message read notifications, and enumerated multiple-choice responses (block **84**, **88** and **90**). The datagram carrying the acknowledgement code also includes the personal address of the receiver **16**, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver **16**. Each Receiver **16** in the group with a CC flag of true does not transmit an acknowledgment reply to the Switch **12** but rather merely displays the group message (blocks **84** and **86**).

Each receiver **16** provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers **16** belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system **10** that can use any of a variety of network types. With reference to FIGS. **3**, **4** and **5**, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. **3** is a SPARKGAP™ network controller **12'** which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. **4** illustrates the use of a SPARKGAP™ network controller or server **12'** in a system configuration **10'** similar to FIG. **1**. FIG. **5** illustrates another system configuration **10"** in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server **12'** in FIG. **3** provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server **12'** supports mobile applications, law enforcement officers can use PDAs as receivers **16** to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers **16** to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server **12'** can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server **12'** can support one base station **15** or hundreds of base stations **15** in a network **14'**, each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. **5**. A single station covers a 7-20 mile radius, and a network **14'** can coordinate

8

multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server **12'** maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server **12'** connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.

As stated previously, the SPARKGAP™ protocol and associated server **12'** provide a ReFLEX™ network solution designed to control one or more base stations **15** and provide two-way paging and mobile data coverage with user devices **16** over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client **20**/Server **12** Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system **20'** to communicate with two-way pagers **16** in, for example, a SPARKGAP™ ReFLEX™ network **14'**. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client **20'** and the SPARKGAP™ network controller **12'** is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. **6**, the server or switch **12** or **12'** comprises a memory device **32** and processor **34**, which can be programmed to implement the SDP, as well as an interface **30** to the network **14** or **14'**.

With further reference to FIG. **4**, when employing SDP, the CAD system or client **20'** connects to the SPARKGAP™ server **12'** using TCP/IP on port 55000. The CAD system or client **20'** initiates transactions with the SPARKGAP™ server **12'** using a synchronous request/response model, that is, the CAD system **10'** sends the SPARKGAP™ server **12'** a request from a client **20'**, the SPARKGAP™ sever **12'** takes an action, and then the SPARKGAP™ server **12'** sends the CAD system client **20'** a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARKGAP™ server **12'** also sends asynchronous event notifica-

US 7,969,959 B2

9

tions to the CAD system client **20'** regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

### 1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client **20** or **20'** and server **12** or **12'** using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

### 1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

Client-to-server transmission syntax:

"request"<request-number><request-type>"{"<attribute-list>"}"

Server-to-client transmission syntax:

"event"<event-type>"{"<attribute-list>"}"

"response"<request-number>"{" attribute-list "}"

where,

| | |
|---|---|
| <request-number> | := <integer> |
| <request-type> | ::= token |
| <event-type> | ::= token |
| <attribute-list> | : : <attribute> [<attribute-list I |
| <attribute> | : := <attribute-name> "" attribute-value ";" |
| <attribute-name> | : := token |
| <attribute-value> | : := <integer> <string> |
| <integer> | : := Base 10 Integer Expression |
| <string> | : := string enclosed in double quotes |

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID=Fire1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="On Scene";<br>} | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>};<br>Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>MessageRead=1;<br>} |

### 1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values

10

are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

### 1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

MMDDYYYYHHMMSST

Where

| | |
|---|---|
| MM | is the 2-digit month (1-12) |
| DD | is the 2-digit day of the month (1-31) |
| YYYY | is the 4-digit year |
| HH | is the 2 digit hour (0-23) |
| MM | is the 2 digit minute (0-59) |
| SS | is the 2 digit second (0-59) |
| T | is the 1-4 character time zone abbreviation |

### 1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

### 2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

### 2.1 Login

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

#### 2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

#### 2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

US 7,969,959 B2

**11**

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTy778";<br>Version=100;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText="Connection Complete";<br>System="Sparkgap ESN 04000022";<br>} |

2.2 SendMessage

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

**12**

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire1 and Fire34. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The

US 7,969,959 B2

13

transaction response provides details about the message status as well as the status of all message recipients.

2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

MessageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

| PagerStatus Values | |
|---|---|
| Value | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

| MessageStatus Values | |
|---|---|
| Meaning | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns

14

a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0;<br>MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane";<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell,<br>George,";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete

3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMessage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMessage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue

US 7,969,959 B2

15

(and McrText), or MessageText. It preferably will not contain a combination of these fields. Each pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText="Already On Scene";<br>} |

### 3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original SendMessage request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>} |

### Result Codes

SDP supports the following result codes:

| | |
|---|---|
| 0 | Transaction Completed Successfully |
| 1000 | Badly formed PDU |
| 1001 | Unknown recognized Request |
| 2000 | Invalid User/Password |
| 3000 | Message Queue Full - Try Again Later |
| 3001 | Unknown MessageID |
| 3002 | Unknown DestinationID |
| 3003 | Missing Required Attribute |

### Server or Switch 12/Mobile Receiver 16 Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile

16

device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

### 1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

### 2. Overview

DRL supports both group and personal messages.

### 2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message a supervisory command, or both.

### 2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

US 7,969,959 B2

**17**

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identifier indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63), responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

| | |
|---|---|
| 124 | Message received by pager |
| 125 | Message received by pager and read by user |
| 126 | Message received but could not be decoded |
| 127 | Message received with transmission errors |

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it,), bit d**4** of the 'Registration Grant' type 'Change Registration Command' (3.1 0.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities And Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Multicast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or 'carbon copy' flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as 'Ladder46', 'Hazmat', or 'BerkelyEMS[7]') maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mail-box; group addresses preferably display the name of the group as the from address.

**18**

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

3.1 Message Header

Headers can include the RAH SIF (Ox11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

| DRL Message Header | | |
|---|---|---|
| Field Name | Byte Length | Description |
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™of Enabling Protocols Specification Document.

| Dispatch Message Content | | |
|---|---|---|
| Field Name | Byte Length | Description |
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

US 7,969,959 B2

19

#### 4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

Control Flag Definitions

| Bit | Name | Description |
|-----|------|-------------|
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

#### 4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

Operand Values

| Opcode | Operation | Description |
|--------|-----------|-------------|
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

##### 4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

##### 4.1.2.2 Opcode '1'—Assign Group Name to Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

##### 4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes **1-15**, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

#### 4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

20

#### 4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

the values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0,111] into its transmit queue. Codes **0-63** are reserved for responses programmed in the pager, and codes **64-111** are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0,111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0,111]. When possible, this is desirable in order to reduce congestion of the return channel.

#### 5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

#### 5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

#### 5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

US 7,969,959 B2

21

22

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager **16** is provided as shown in FIGS. **6, 9A, 9B** and **10**. With reference to FIG. **6**, the pager **16** comprises a processor **38** programmed to implement the DRL, among other operations, a memory **36** for storing, for example, group configuration information, a display **44** and an interface **40** to the network **14**. The pager **16** can be connected directly to a user interface **42** for facilitating customization of the group configuration information, for example, to allow the pager **16** to respond differently to messages directed to different group addresses. As shown in FIGS. **9A** and **9B**, the pager **16** has a display for displaying different screens and different options thereon. For example, the main screen shown on the display **44** in FIG. **9A** indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. **9B**, the pager **16** can be provided with a charger console **100** which can also have an input to the user interface **42**. As shown in FIG. **10**, the pager **16** can be provided with a QWERTY keypad **102**, among other buttons and controls.

The pager **16** can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager **16** can register with the on-scene SPARKGAP™ when the responder arrives. When the pager **16** arrives at the site of an event with an established on-scene network such as the switch **12'** (e.g., the SPARKGAP™ server), the pager **16** automatically finds this system **10**, switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARKGAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings. As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are preprogrammed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

1. A method of alerting a group of recipients over a wireless network, each recipient comprising a mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients;

receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses;

transmitting a communication to the network client comprising group information relating to the selected group address, the group information comprising at least one

23

of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address;

broadcasting the message to the selected group address via a wireless network;

receiving acknowledgment responses from the recipients sharing the selected group address via the wireless network in response to the message, the acknowledgment responses each comprising recipient identifying information and at least one of an indication of successful receipt of the message and an indication that the message was read by the recipient that transmitted the corresponding acknowledgement response;

providing the acknowledgment responses to the network client; and

storing, for each recipient having the selected group address, the respective recipient identifying information for each recipient and a corresponding message alert status indicator indicating at least one of the message has been received by that recipient, and the message has been sent but not yet received by that recipient, depending on when that recipient transmitted its corresponding acknowledgement response;

wherein message alert status for each of the recipients in the group corresponding to the selected group address is determined, including at least identifying which of the recipients received the message and which of the recipients have not yet received the message, using the stored message alert status indicator.

**2.** A method as claimed in claim **1**, further comprising the step of customizing handling by a selected recipient of messages broadcast to different ones of the group addresses to which the selected recipient belongs.

**3.** A method as claimed in claim **1**, wherein the message instructs at least one of the recipients to perform an action in addition to or instead of displaying message text to the user.

**4.** A method as claimed in claim **1**, further comprising the step of displaying at least one of content of the message, group name corresponding to the selected group address and multiple choice options for responding to the message on a display operated by the recipient.

**5.** A method as claimed in claim **1**, wherein the message indicates that the recipients are to perform at least one of a plurality of operations comprising sending acknowledgement that the group dispatch forward message was received, sending acknowledgement that the group dispatch forward message was read, and selecting from among a number of multiple choice response options.

**6.** A method as claimed in claim **1**, wherein the message employs a group address and instructs the recipients to assign a symbolic group name to the group address.

**7.** A method as claimed in claim **1**, wherein the message comprises a response request message, and further comprising the steps of:

receiving responses from recipients having the selected group address; and

notifying the network client as recipients perform at least one operation selected from the group consisting of receiving the message, alerting users of the received message, and displaying the message, as indicated in their responses to the response request message.

**8.** A method as claimed in claim **1**, further comprising the step of the recipients providing status information in the responses to convey status of multiple recipients in the group corresponding to the selected group address to the network client.

24

**9.** A method as claimed in claim **8**, wherein the status information comprises at least one of a timestamp for when the response was received from the recipient, confirmation that the message was displayed via the recipient, and confirmation that response was one of multiple choices for responses provided to the recipient.

**10.** A method as claimed in claim **1**, further comprising the steps of:

receiving responses to the message from the recipients having the selected group address and determining which recipients have not yet received the message; and

sending message progress notifications to the network client indicating how many of the recipients corresponding to the selected group address need to acknowledge receipt of the message.

**11.** A method as claimed in claim **1**, wherein the message broadcast to the recipients corresponding to the selected group address comprises display content and a list of responses for a recipient to select from.

**12.** A method as claimed in claim **1**, wherein the message broadcast to the recipients corresponding to the selected group address comprises options for responding for a recipient to select from.

**13.** A method as claimed in claim **1**, wherein the message broadcast to the recipients corresponding to the selected group address comprises a message identifier, and further comprising the steps of:

associating received responses from recipients having the selected group address with the message corresponding to the message identifier.

**14.** A method as claimed in claim **1**, wherein the storing step comprises the steps of:

storing at least one of a symbolic name and a corresponding encryption key for each of a number of group addresses; and

replicating via wireless transactions the at least one of symbolic name and a corresponding encryption key in a memory device of the recipient for each of the group addresses to which a recipient belongs.

**15.** A method as claimed in claim **14**, wherein the broadcasting step comprises the steps of generating and transmitting a one-way, ReFLEX protocol-formatted, one-to-many broadcast group alert message comprising an information service (IS) message, and further comprising the steps of:

the recipients assigning the symbolic name of the selected group address to an IS address shared by the recipients; and

displaying the symbolic name on respective displays of the recipients.

**16.** A method as claimed in claim **14**, wherein the symbolic name is a small mnemonic value, and further comprising the steps of:

receiving responses to the message from the recipients sharing the selected group address, the responses being compressed by the recipients using the small mnemonic value for the selected group address in the responses.

**17.** A method as claimed in claim **1**, wherein the storing step further comprises the steps of:

maintaining a database for storing data relating to the recipients, the groups and the memberships of recipients to various ones of the groups; and

performing wireless configuration transactions to synchronize the memories of respective ones of the recipients with the database.

**18**. A method as claimed in claim **17**, wherein the performing step comprises the steps of:

replicating at least one of group membership configuration information and group encryption keys to the recipients; and

receiving confirmation responses from the recipients relating to updating of the at least one of group membership configuration information and group encryption keys in their respective memories.

**19**. A method of alerting a group of recipients over a wireless network, each recipient comprising a mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients;

receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses;

transmitting a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address;

broadcasting the message to the selected group address via a wireless network;

receiving acknowledgment responses from the recipients sharing the selected group address via the wireless network in response to the message, the acknowledgment responses each comprising at least one of an indication of successful receipt of the message and an indication that the message was read by the recipient that transmitted the corresponding acknowledgement response; and

providing the acknowledgment responses to the network client to determine message alert status for each of the recipients in the group corresponding to the selected group address including at least identifying which of the recipients received the message and which of the recipients have not yet received the message;

wherein the storing step further comprises the steps of:

maintaining a database for storing data relating to the recipients, the groups and the memberships of recipients to various ones of the groups; and

performing wireless configuration transactions to synchronize the memories of respective ones of the recipients with the database; and

wherein the database and the memories comprise carbon copy flags to define functional aspects for each of the recipients with respect to different groups, and further comprising the steps of

setting the carbon copy flags of selected ones of the recipients in a selected group to a first setting to allow them to respond to a message transmitted to the group address of the selected group; and

setting the carbon copy flags of the remaining ones of the recipients in the selected group to a second setting to prevent them from responding to a message transmitted to the group address of the selected group.

**20**. A method as claimed in claim **1**, wherein the transmitting step comprises the step of immediately replying to the communication from the network client requesting wireless transmission of the message to the selected group address with the identifying addresses of the recipients having the selected group address.

**21**. A method as claimed in claim **1**, wherein the step of broadcasting the message comprises the step of:

encrypting the message using an encryption key assigned to the selected group address and provided to the recipients sharing the selected group address.

**22**. A method as claimed in claim **1**, wherein the step of broadcasting the message comprises the step of assigning a message sequence number to the message, and the step of receiving the acknowledgment responses from the recipients comprises the step of providing in at least one of the acknowledgment responses the primary identifying address of the corresponding one of the recipients and the message sequence number to uniquely identify a specific group message at the corresponding one of the recipients.

**23**. A method as claimed in claim **1**, wherein the broadcasting step comprises the steps of generating and transmitting a one-way, ReFLEX protocol-formatted, one-to-many broadcast group alert message comprising an information service (IS) message.

**24**. A method as claimed in claim **23**, wherein the group alert message comprises reply options for the recipients.

**25**. A method as claimed in claim **23**, wherein said receiving step for receiving acknowledgment responses comprises the steps of recipients generating and transmitting a ReFLEX protocol multicast ACK signal when the group alert message is received.

**26**. A method as claimed in claim **1**, wherein the broadcasting step comprises the step of generating and transmitting one-way, ReFLEX protocol-formatted, one-to-many broadcast group dispatch forward message comprising at least one of an information service (IS) message and a personal message having a control field therein to specify how the recipients are to respond to the group dispatch forward message.

**27**. A method as claimed in claim **26**, wherein said control field indicates that the recipients are to perform at least one of a plurality of operations comprising sending acknowledgement that the group dispatch forward message was received, sending acknowledgement that the group dispatch forward message was read, and selecting from among a number of multiple choice response options.

**28**. A method as claimed in claim **26**, wherein the control field indicates that the recipients are to send a control command to a peripheral device.

**29**. A method as claimed in claim **1**, wherein the broadcasting step comprises the step of transmitting a group alert message to the recipients sharing the selected group address via the paging network using a single network transaction.

**30**. An apparatus for alerting a group of recipients over a wireless network, each recipient comprising a mobile device having a two-way wireless communication function, the apparatus comprising:

at least one of a memory device and an interface to an external memory device for storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients;

a network client interface for receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses;

a wireless communication network interface for communicating with the recipients via a wireless communication network; and

a processing device connected to the memory device, the network client interface and the wireless communication network interface, the processing device being programmed to

US 7,969,959 B2

27

transmit a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address,

broadcast the message to the selected group address via the wireless communication network and the wireless communication network interface,

receive acknowledgment responses from the recipients sharing the selected group address via the wireless communication network in response to the message, the acknowledgement responses each comprising at least one of an indication of successful receipt of the message and an indication that the message was read by the recipient that transmitted the corresponding acknowledgement response,

store, for each recipient having the selected group address, a recipient identifier and a corresponding message alert status indicator indicating at least one of the message has been received by that recipient, and the message has been sent but not yet received by that recipient, depending on when that recipient transmitted its corresponding acknowledgement response, and

provide at least one of the acknowledgment responses and the stored message alert status indicator for each of the recipients to the network client to determine message alert status for each of the recipients in the group corresponding to the selected group address including at least identifying which of the recipients received the message and which of the recipients have not yet received the message.

**31.** An apparatus as claimed in claim **30**, wherein the processing device is programmed to generate and transmit a one-way, ReFLEX protocol-formatted, one-to-many broadcast group alert message comprising an information service (IS) message.

**32.** An apparatus as claimed in claim **31**, wherein the group alert message comprises reply options for the recipients.

**33.** An apparatus as claimed in claim **31**, wherein the apparatus is configured to receive via the wireless communication network interface a ReFLEX protocol multicast ACK signal from each of the recipients when it has received the group alert message.

**34.** An apparatus as claimed in claim **31**, wherein the processing device is programmed to generate and transmit the message to the recipients sharing the selected group address via the wireless communication network using a single network transaction.

**35.** An apparatus as claimed in claim **30**, wherein the processing device is programmed to

store in at least one of the memory device and the external memory device data relating to the recipients, the groups and the memberships of recipients to various ones of the groups; and

perform wireless configuration transactions to synchronize the memories of respective ones of the recipients with the data in the at least one of the memory device and the external memory device.

**36.** An apparatus as claimed in claim **35**, wherein the processing device is programmed to replicate at least one of group membership configuration information and group encryption keys to the recipients, and receive confirmation responses from the recipients relating to updating of the at least one of group membership configuration information and group encryption keys in their respective memories.

28

**37.** An apparatus for alerting a group of recipients over a wireless network, each recipient comprising a mobile device having a two-way wireless communication function, the apparatus comprising:

at least one of a memory device and an interface to an external memory device for storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients;

a network client interface for receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses;

a wireless communication network interface for communicating with the recipients via a wireless communication network; and

a processing device connected to the memory device, the network client interface and the wireless communication network interface, the processing device being programmed to

transmit a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address,

broadcast the message to the selected group address via the wireless communication network and the wireless communication network interface,

receive acknowledgment responses from the recipients sharing the selected group address via the wireless communication network in response to the message, the acknowledgement responses each comprising at least one of an indication of successful receipt of the message and an indication that the message was read by the recipient that transmitted the corresponding acknowledgement response,

provide the acknowledgment responses to the network client to determine message alert status for each of the recipients in the group corresponding to the selected group address including at least identifying which of the recipients received the message and which of the recipients have not yet received the message,

store in at least one of the memory device and the external memory device data relating to the recipients, the groups and the memberships of recipients to various ones of the groups, and

perform wireless configuration transactions to synchronize the memories of respective ones of the recipients with the data in the at least one of the memory device and the external memory device;

wherein the memories and the at least one of the memory device and the external memory device comprise carbon copy flags to define functional aspects for each of the recipients with respect to different groups, and wherein the processing device is further programmed to

set the carbon copy flags of selected ones of the recipients in a selected group to a first setting to allow them to respond to a message transmitted to the group address of the selected group, and

set the carbon copy flags of the remaining ones of the recipients in the selected group to a second setting to prevent them from responding to a message transmitted to the group address of the selected group.

US 7,969,959 B2

29                                                              30

**38**. An apparatus as claimed in claim **30**, wherein group addresses are reserved for local use as an on-site warning system to create a rapid deployment system employing the recipients.

**39**. A mobile device having a two-way wireless communication function for receiving and processing group alerts directed to a group of recipients over a wireless network, the mobile device comprising:

a memory device for storing an assigned primary identifying address for its corresponding recipient and one or more group addresses that are shared with selected ones of the other recipients;

a wireless communication network interface for communicating with a switch via a wireless communication network to receive messages and to transmit responses to the switch; and

a processing device connected to the memory device and the wireless communication network interface, the processing device being programmed to receive a message broadcast by the switch to a selected group address via the wireless communication network, to determine if it shares the selected group address, and to transmit an acknowledgment response to the switch via the wireless communication network in response to the message if it shares the selected group address, the acknowledgement response comprising at least one of an indication of successful receipt of the message and an indication that the message was read by the recipient to facilitate determination of message alert status for recipient including at least identifying whether or not the recipient received the message;

wherein the processing device is programmed to provide recipient identifying and status information in a response to the message, and the status information comprises at least one of confirmation that the message was displayed at the mobile device, and confirmation that the response was one of multiple choices for responses provided in the message; and

wherein the processing device is programmed to configure the mobile device to be a listen-only group member of a selected group address for receiving the message sent to the selected group address but not transmitting the acknowledgment response to the switch in response to the message.

**40**. A mobile device as claimed in claim **39**, wherein the processing device is programmed to send a command to a telemetry device in response to a corresponding instruction in the message.

**41**. A mobile device as claimed in claim **39**, further comprising a display device, the processing device being programmed to display on the display device at least one of content of the message, group name corresponding to the selected group address and multiple choice options provided in the message for responding to the message.

**42**. A mobile device as claimed in claim **39**, wherein the message comprises carbon copy flags to define functional aspects for each of the recipients of the selected group address, and the processing device is programmed to configure the mobile device to be a listen-only group member of a selected group address for receiving the message sent to the selected group address but not transmitting the acknowledgment response to the switch in response to the message when carbon copy flag of the corresponding recipient is set to a first setting, and to transmit a response to the message when the carbon copy flag of the corresponding recipient is set to a second setting.

**43**. A mobile device as claimed in claim **39**, wherein the processing device is programmed to generate and transmit a ReFLEX protocol multicast ACK signal when the message is received.

**44**. A mobile device as claimed in claim **43**, wherein the message is a one-way, ReFLEX protocol-formatted, one-to-many broadcast group alert message comprising an information service (IS) message, and the processing device is programmed to generate an ALOHA command in response to the IS message as the multicast ACK signal when the message is received.

**45**. A mobile device as claimed in claim **39**, wherein the status information comprises a timestamp for when the response was sent from the mobile device.

**46**. A mobile device as claimed in claim **39**, wherein the processing device is programmed to customize handling of messages broadcast to different ones of the group addresses to which the mobile device belongs.

\*   \*   \*   \*   \*

# Exhibit  B

US008199740B2

(12) **United States Patent**

Dabbs, III et al.

(10) Patent No.: **US 8,199,740 B2**

(45) Date of Patent: **\*Jun. 12, 2012**

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(75) Inventors: **James M. Dabbs, III**, Stockbridge, GA (US); **Brian Claise**, Alpharetta, GA (US)

(73) Assignee: **Critical Response Systems, Inc.**, Norcross, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/154,138**

(22) Filed: **Jun. 6, 2011**

(65) **Prior Publication Data**

US 2011/0299403 A1    Dec. 8, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(51) **Int. Cl.**
**H04W 4/00**    (2009.01)

(52) **U.S. Cl.** .................... **370/349**; 455/519; 455/404.1; 455/410; 340/7.46; 340/539.1; 340/442; 340/445; 340/441; 370/390; 370/310; 709/206; 709/207

(58) **Field of Classification Search** ............... 455/404.1, 455/410, 519; 370/349, 310, 390; 340/7.46, 340/539.1, 442, 441, 445; 709/206, 207
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,278,539 A | 1/1994 | Lauterbach et al. | |
| 5,835,860 A | 11/1998 | Diachina | |
| 6,304,649 B1 | 10/2001 | Lauzon et al. | |
| 6,529,735 B1 | 3/2003 | De Brito | |
| 6,710,702 B1 | 3/2004 | Averbuch et al. | |
| 6,714,636 B1 | 3/2004 | Baiyor et al. | |
| 6,804,332 B1 | 10/2004 | Miner et al. | |
| 7,337,146 B2 * | 2/2008 | Heelan et al. .................. 705/52 |
| 7,657,253 B2 * | 2/2010 | Lewis ........................ 455/412.2 |
| 7,808,378 B2 * | 10/2010 | Hayden ....................... 340/506 |

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.

(Continued)

*Primary Examiner* — Pierre-Louis Desir
(74) *Attorney, Agent, or Firm* — Roylance, Abrams, Berdo & Goodman, LLP

(57) **ABSTRACT**

A system and method are provided for reliable, wireless group alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers, and preferably employing a modified two-way paging based on ReFLEX™ protocol information service (IS) messages and a novel ALOHA command for multicast acknowledgement from mobile receivers. An encrypted message is broadcast to a group address and received by a selected number of the mobile receivers. The network replies to the sender with detailed information about the individual members in the alert group. Each of the mobile receivers in the group then acknowledges the common message back to the system, decrypts the message, displays it to the user, and allows the user to respond. The system employs centralized management to simplify the roles of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages.

**21 Claims, 7 Drawing Sheets**



**US 8,199,740 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2001/0010490 A1 * | 8/2001 | Bellin | .......................... 340/7.46 |
| 2002/0177428 A1 | 11/2002 | Menard et al. | |
| 2003/0153343 A1 | 8/2003 | Crockett et al. | |
| 2004/0087300 A1 | 5/2004 | Lewis | |
| 2004/0180654 A1 | 9/2004 | Chen | |
| 2005/0157720 A1 | 7/2005 | Chandhok et al. | |
| 2005/0198183 A1 | 9/2005 | Zilliacus et al. | |
| 2006/0105740 A1 | 5/2006 | Puranik | |
| 2006/0178128 A1 | 8/2006 | Eaton et al. | |
| 2006/0273893 A1 * | 12/2006 | Warner | ........................ 340/531 |
| 2010/0146057 A1 * | 6/2010 | Abu-Hakima et al. | ....... 709/206 |

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.

"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.

\* cited by examiner

Case 1:16-cv-00486-WSD   Document 51   Filed 07/05/16   Page 81 of 167



FIG. 1



FIG. 2



*FIG. 3*



*FIG. 4*

U.S. Patent

Jun. 12, 2012

Sheet 3 of 7

US 8,199,740 B2



FIG. 5

U.S. Patent

Jun. 12, 2012

Sheet 4 of 7

US 8,199,740 B2



FIG. 6



FIG. 7



FIG. 8



FIG. 9A

FIG. 9B

FIG. 10

US 8,199,740 B2

1

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005, now U.S. Pat. No. 7,969,959 which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the *Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon* available from Arlington County, Virginia, notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies

2

have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present invention. In accordance with an aspect of the present invention, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each

US 8,199,740 B2

3

recipient comprises a mobile device capable of transmitting and receiving data. The method comprises the steps of: storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients; receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses; transmitting a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address; broadcasting the message to the selected group address via a wireless network; receiving acknowledgment responses from the recipients sharing the selected group address via the wireless network; and providing the acknowledgment responses to the network client.

In accordance with another aspect of the present invention, an apparatus for efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises a mobile device capable of transmitting and receiving data. The apparatus comprises: at least one of a memory device and an interface to an external memory device for storing for each recipient an assigned primary identifying address and one or more group addresses that are shared with selected ones of the other recipients; a network client interface for receiving a communication from a network client requesting wireless transmission of a message to recipients sharing a selected one of the group addresses; a wireless communication network interface for communicating with the recipients via a wireless communication network; and a processing device connected to the memory device, the network client interface and the wireless communication network interface, the processing device being programmed to transmit a communication to the network client comprising group information relating to the selected group addresses, the group information comprising at least one of the number of the recipients having the selected group address and the identifying addresses of the recipients having the selected group address, broadcast the message to the selected group address via the wireless communication network and the wireless communication network interface, receive acknowledgment responses from the recipients sharing the selected group address via the wireless communication network, and provide the acknowledgment responses to the network client.

In accordance with yet another aspect of the present invention, a mobile device for efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises a mobile device capable of transmitting and receiving data. The mobile device comprises: a memory device for storing an assigned primary identifying address for its corresponding recipient and one or more group addresses that are shared with selected ones of the other recipients; a wireless communication network interface for communicating with a switch via a wireless communication network to receive messages therefore and to transmit responses to the switch; and a processing device connected to the memory device and the wireless communication network interface, the processing device being programmed to receive a message broadcast by the switch to a selected group address via the wireless communication network, to determine if it shares the selected group address, and to transmit an acknowledgment response to the switch via the wireless communication network if it shares the selected group address.

4

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9**A, **9**B and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

## DETAILED DESCRIPTION OF THE EXEMPLARY EMBODIMENTS

### Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging tech-

US 8,199,740 B2

5

nology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARK-GAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARK-GAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system 10 configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. 1. With reference to FIG. 1, a central switching system (hereinafter referred to generally as 'Switch') 12 connects to a Wireless Network 14 and communicates with a number of sub-

6

scriber devices (hereinafter referred to generally as 'Receivers') 16 such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch 12 comprises a Receiver Database 18 comprising stored information describing receivers, their group membership, and connects to a Wireless Network 14 such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. 2, the Receiver Database 18 comprises an independent table of Receivers 22 and an independent table of Groups 24. Each Receiver row in table 22 contains an identifying personal address, as well as other information specific to a single device 16 and its Wireless Network architecture. Each Group row in table 24 contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership 26 provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.

As administrative changes occur to the Receiver Database 18, configuration transactions are executed over the air with individual Receivers 16 to synchronize their configuration memory with the corresponding data in the Receiver Database 18. The system 10 therefore maintains an up-to-date image in the configuration memory of each Receiver 16, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. 7 and 8, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client 20) uses this system 10 to broadcast alert messages to groups of Receivers 16. To do so, the client 20 composes a message, preferably including display content and a list of response strings. The Client 20 then connects to the Switch 12 and requests transmission of the message to a particular group name (block 50). Depending on the architecture of the Wireless Network 14, either the Client 20 or the Wireless Network 14 assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch 12 responds to the Client 20 with detailed information on the group such as a list or a count of group members (block 52). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block 54). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch 12 receives group message acknowledgement responses from the receivers 16 (block 56) that are associated with the broadcast group message (block 58) and provided to the Client 20 (block 60). Similarly, other types of responses generated as a

7

result of the group message are associated with the broadcast group message (block **62**) and provided to the Client **20** (block **64**).

Upon receiving the Group Message (block **80**), the Receivers **16** decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system **10** employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block **82**). Each Receiver **16** with a CC flag of false transmits one or more acknowledgement codes through the Network **14** back to the Switch **12**, specifying message received, message read notifications, and enumerated multiple-choice responses (block **84**, **88** and **90**). The datagram carrying the acknowledgement code also includes the personal address of the receiver **16**, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver **16**. Each Receiver **16** in the group with a CC flag of true does not transmit an acknowledgment reply to the Switch **12** but rather merely displays the group message (blocks **84** and **86**).

Each receiver **16** provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers **16** belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system **10** that can use any of a variety of network types. With reference to FIGS. **3**, **4** and **5**, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. **3** is a SPARKGAP™ network controller **12'** which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. **4** illustrates the use of a SPARKGAP™ network controller or server **12'** in a system configuration **10'** similar to FIG. **1**. FIG. **5** illustrates another system configuration **10"** in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server **12'** in FIG. **3** provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server supports mobile applications, law enforcement officers can use PDAs as receivers **16** to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers **16** to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis.

8

The SPARKGAP™ server **12'** can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server **12'** can support one base station **15** or hundreds of base stations **15** in a network **14'**, each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. **5**. A single station covers a 7-20 mile radius, and a network **14'** can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server **12'** maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server **12'** connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.

As stated previously, the SPARKGAP™ protocol and associated server **12'** provide a ReFLEX™ network solution designed to control one or more base stations **15** and provide two-way paging and mobile data coverage with user devices **16** over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client **20**/Server **12** Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system **20'** to communicate with two-way pagers **16** in, for example, a SPARKGAP™ ReFLEX™ network **14'**. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client **20'** and the SPARKGAP™ network controller **12'** is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. **6**, the server or switch **12** or **12'** comprises a memory device **32** and processor **34**, which can be programmed to implement the SDP, as well as an interface **30** to the network **14'**.

With further reference to FIG. **4**, when employing SDP, the CAD system or client **20'** connects to the SPARKGAP™ server **12'** using TCP/IP on port 55000. The CAD system or client **20'** initiates transactions with the SPARKGAP™ server

US 8,199,740 B2

9

12' using a synchronous request/response model, that is, the CAD system 10' sends the SPARKGAP™ server 12' a request from a client 20', the SPARKGAP™ sever 12' takes an action, and then the SPARKGAP™ server 12' sends the CAD system client 20' a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARK-GAP™ server 12' also sends asynchronous event notifications to the CAD system client 20' regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

### 1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client 20 or 20' and server 12 or 12' using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

### 1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

```
Client-to-server transmission syntax:
"request" <request-number> <request-type> "{" <attribute-list> "}"
Server-to-client transmission syntax:
"event" <event-type> "{" <attribute-list> "}"
"response" <request-number> "{" attribute-list "}"
```

where,

```
<request-number>      : := <integer>
<request-type>        : := token
<event-type>          : := token
<attribute-list>      : : <attribute> [<attribute-list I
<attribute>           : := attribute-name "" attribute-value ";"
<attribute-name>      : := token
<attribute-value>     : := <integer> <string>
<integer>             : := Base10 Integer Expression
<string>              : : string enclosed in double quotes
```

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage | Response 0066 |
| { | { |
| CadEventID="#CTYF041820772"; | ResultCode=0; |
| MessageID="2004"; | ResultText="Message Queued"; |
| DestinationID=Fire1; | }; |
| Display="Calling All Cars"; | Event PagerResponse |
| AlertResponse=0; | { |
| ReadResponse=1; | Timestamp="0708200413055 3EST"; |
| MCR="On My Way"; | MessageID="2004"; |
| MCR="Busy"; | CadEventID="#CTYF041820772"; |
| MCR="On Scene"; | PagerID="229030020"; |
| } | PagerName="Doe, John"; |
| | MessageRead=1; |
| | } |

### 1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values

10

are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

### 1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

$$MMDDYYYYHHMMSST$$

Where

MM is the 2-digit month (1-12)
DD is the 2-digit day of the month (1-31)
YYYY is the 4-digit year
HH is the 2 digit hour (0-23)
MM is the 2 digit minute (0-59)
SS is the 2 digit second (0-59)
T is the 1-4 character time zone abbreviation

### 1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

### 2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

```
Login
SendMessage
QueryMessage
```

### 2.1 Login

The Login transaction establishes the identity of the CAD client 20 or 20' for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever 12' will queue events awaiting a reconnection.

### 2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client 20 or 20', which preferably must match an entry in a SPARKGAP™ CAD account database in the database 18.

Password (string, optional): This value contains the access password for the CAD system client 20 or 20'. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client 20 or 20' is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

US 8,199,740 B2

11

2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTcy778";<br>Version=100;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText="Connection Complete";<br>System="Sparkgap ESN 04000022";<br>} |

2.2 SendMessage

The SendMessage transaction queues a message for delivery to one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent num-

12

ber of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire1 and Fire34. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |

US 8,199,740 B2

| 13 | 14 |
|---|---|

**13**
-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

### 2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

#### 2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

#### 2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

MessageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

| PagerStatus Values | |
|---|---|
| Value | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

**14**
-continued

| MessageStatus Values | |
|---|---|
| Meaning | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

#### 2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0;<br>MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane;<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell,<br>George";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

### 3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

| PagerReply<br>MessageComplete |
|---|

### 3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMessage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMessage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

US 8,199,740 B2

15

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText="Already On Scene";<br>} |

### 3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original Send-Message request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>} |

16

Result Codes
SDP supports the following result codes:

| | |
|---|---|
| 0 | Transaction Completed Successfully |
| 1000 | Badly formed PDU |
| 1001 | Unknown recognized Request |
| 2000 | Invalid User/Password |
| 3000 | Message Queue Full - Try Again Later |
| 3001 | Unknown MessageID |
| 3002 | Unknown DestinationID |
| 3003 | Missing Required Attribute |

Server or Switch **12**/Mobile Receiver **16** Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

2. Overview

DRL supports both group and personal messages.

2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message a supervisory command, or both.

2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™

US 8,199,740 B2

17 | 18

binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63), responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

| | |
|---|---|
| 124 | Message received by pager |
| 125 | Message received by pager and read by user |
| 126 | Message received but could not be decoded |
| 127 | Message received with transmission errors |

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it,), bit d**4** of the 'Registration Grant' type 'Change Registration Command' (3.1 0.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities and Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Multicast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the or "carbon copy" flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as 'Ladder46', 'Hazmat', or 'BerkeleyEMS[7]') maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola *FlexSuite™ of Enabling Protocols Specification Document*. Preferably all DRL messages include a Message Header followed by Message Content.

3.1 Message Header

Headers can include the RAH SIF (Ox11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

| DRL Message Header | | |
|---|---|---|
| Field Name | Byte Length | Description |
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5–255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola *Flex Suite™ of Enabling Protocols Specification Document*.

US 8,199,740 B2

19

| Dispatch Message Content | | |
|---|---|---|
| Field Name | Byte Length | Description |
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

| Control Flag Definitions | | |
|---|---|---|
| Bit | Name | Description |
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

| Operand Values | | |
|---|---|---|
| Opcode | Operation | Description |
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

4.1.2.2 Opcode '1'—Assign Group Name to Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a

20

sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes **1-15**, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0,111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0,111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0,111]. When possible, this is desirable in order to reduce congestion of the return channel.

5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

US 8,199,740 B2

21

### 5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

### 5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

### Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager **16** is provided as shown in FIGS. **6**, **9**A, **9**B and **10**. With reference to FIG. **6**, the pager **16** comprises a processor **38** programmed to implement the DRL, among other operations, a memory **36** for storing, for example, group configuration information, a display **44** and an interface **40** to the network **14**. The pager **16** can be connected directly to a user interface **42** for facilitating customization of the group configuration information, for example, to allow the pager **16** to respond differently to messages directed to different group addresses. As shown in FIGS. **9**A and **9**B, the pager **16** has a display for displaying different screens and different options thereon. For example, the main screen shown on the display **44** in FIG. **9**A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. **9**B, the pager **16** can be provided with a charger console **100** which can also have an input to the user interface **42**. As shown in FIG. **10**, the pager **16** can be provided with a QWERTY keypad **102**, among other buttons and controls.

The pager **16** can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™ 2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager **16** can register with the on-scene SPARKGAP™ when the responder arrives. When the pager **16** arrives at the site of an event with an established on-scene network such as the switch **12'** (e.g., the SPARKGAP™ server), the pager **16** automatically finds this system **10**, switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARK-GAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be pre-loaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS

22

addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings. As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are pre-programmed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

23

24

What is claimed is:

1. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising a mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing data relating to recipients, groups and group members, in a memory device, the data comprising a device-specific identifying address for each of a plurality of recipients, one or more group-specific addresses corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the device-specific identifying addresses of the selected recipients corresponding to each of the group-specific addresses;

providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the at least a subset of the data being stored in the mobile device and comprising its corresponding device-specific identifying address and the group-specific address of each group to which that recipient belongs as a group member;

wirelessly broadcasting a group message addressed to a selected one of the group addresses, each of the mobile devices being configured to receive the broadcast group message, to analyze a group-specific address provided with the group message, and send a response when the group-specific address in the group message is determined to be for a group to which that mobile device belongs;

monitoring for responses to the group message from the group members of the group identified by a group-specific address provided in the group message; and

storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

2. A method as claimed in claim 1, wherein at least one of providing and synchronizing are performed using wireless communication to the mobile devices.

3. A method as claimed in 1, wherein the mobile devices transmit their responses wirelessly.

4. A method as claimed in 1, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

5. A method as claimed in 1, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

6. A method as claimed in 1, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

7. A method as claimed in 1, wherein the response comprises at least one of message received indicator, message read indicator, a reply selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

8. A method as claimed in 1, wherein at least one of the recipients is a group member of the group identified in the broadcast group message and has a carbon copy flag, and further comprising sending a response when the carbon copy flag is set to false.

9. A method as claimed in 1, wherein at least one of the recipients is a group member of the group identified in the broadcast group message and has a carbon copy flag set to true, further comprising displaying the message and not sending a response.

10. A method as claimed in 1, further comprising:

updating at least one of the device-specific identifying addresses, the group-specific addresses and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted; and

synchronizing data stored in each mobile device with the data stored in the memory device.

11. A deterministic group messaging system providing acknowledged group messaging comprising:

a memory device configured to store

a device-specific identifying address for each of a plurality of responder devices,

a group-specific address corresponding to each of respective groups of responder devices, the groups of responder devices each comprising selected ones of the plurality of responder devices, and

group membership data comprising the device-specific identifying addresses of the selected responder devices to each of the group-specific addresses

wherein each of the plurality of responder devices is provided with at least a subset of the data stored in the memory device, the at least a subset of data being stored in the responder device and comprising its corresponding device-specific identifying address and the group-specific address of each group to which that responder device belongs as a group member; and

a control module comprising a processing device that is configured to access the memory device and is programmed to

wirelessly broadcast a group message addressed to a selected one of the group addresses, each of the responder devices being configured to receive the broadcast group message, to analyze a group-specific address provided with the group message, and send a response when the group-specific address in the group message is determined to be for a group to which that responder device belongs,

monitor for responses to the group message from the group members of the group identified by a group-specific address provided in the group message, and

store acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the responder device of that group member has been received.

US 8,199,740 B2

25

**12**. A system as claimed in claim **11**, wherein the control module is configured to provide each of the plurality of responder devices with at least a subset of the data stored in the memory device using wireless communication to the responder devices.

**13**. A system as claimed in **11**, wherein the responder devices transmit their responses wirelessly.

**14**. A system as claimed in **11**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**15**. A system as claimed in **11**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**16**. A system as claimed in **11**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**17**. A system as claimed in **11**, wherein the response comprises at least one of message received indicator, message

26

read indicator, a reply selected from among multiple choice options, and an alphanumeric text message entered by a user of the responder device.

**18**. A system as claimed in **11**, wherein at least one of the responder devices is a group member of the group identified in the broadcast group message and has a carbon copy flag, and further comprising sending a response when the carbon copy flag is set to false.

**19**. A system as claimed in **11**, wherein at least one of the responder devices is a group member of the group identified in the broadcast group message and has a carbon copy flag set to true, further comprising displaying the message and not sending a response.

**20**. A system as claimed in **11**, wherein the control module is further configured to

update at least one of the device-specific identifying addresses, the group-specific addresses and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted, and

synchronize data stored in each responder with the data stored in the memory device.

**21**. A system as claimed in claim **20**, wherein the control module is configured to synchronize data stored in each responder with the data stored in the memory device using wireless communication to the responder devices.

\*   \*   \*   \*   \*

# Exhibit  C

US008588207B2

(12) **United States Patent**

Dabbs, III et al.

(10) Patent No.: **US 8,588,207 B2**

(45) Date of Patent: **Nov. 19, 2013**

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(75) Inventors: **James M. Dabbs, III**, Stockbridge, GA (US); **Brian Claise**, Alpharetta, GA (US)

(73) Assignee: **Critical Holdings, Inc.**, Norcross, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/476,641**

(22) Filed: **May 21, 2012**

(65) **Prior Publication Data**

US 2012/0327781 A1    Dec. 27, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/154,138, filed on Jun. 6, 2011, now Pat. No. 8,199,740, which is a continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(51) **Int. Cl.**
    *H04W 24/00*    (2009.01)

(52) **U.S. Cl.**
    USPC .......................................... **370/349**; 455/410

(58) **Field of Classification Search**
    USPC ............... 455/404.1, 410; 370/310, 349, 390, 370/442, 445, 539.1
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,278,539 A | 1/1994 | Lauterbach et al. | |
| 5,835,860 A | 11/1998 | Diachina | |

| | | | |
|---|---|---|---|
| 6,304,649 B1 | 10/2001 | Lauzon et al. | |
| 6,529,735 B1 | 3/2003 | De Brito | |
| 6,710,702 B1 | 3/2004 | Averbuch et al. | |
| 6,714,636 B1 | 3/2004 | Baiyor et al. | |
| 6,804,332 B1 | 10/2004 | Miner et al. | |
| 7,337,146 B2 | 2/2008 | Heelan et al. | |
| 7,657,253 B2 | 2/2010 | Lewis | |
| 7,808,378 B2 | 10/2010 | Hayden | |
| 2001/0010490 A1 | 8/2001 | Bellin | |
| 2002/0177428 A1 | 11/2002 | Menard et al. | |
| 2003/0153343 A1 | 8/2003 | Crockett et al. | |
| 2004/0087300 A1 | 5/2004 | Lewis | |
| 2004/0180654 A1 | 9/2004 | Chen | |

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.

(Continued)

*Primary Examiner* — Sam Bhattacharya

(74) *Attorney, Agent, or Firm* — Roylance, Abrams, Berdo & Goodman, LLP

(57) **ABSTRACT**

Systems and methods are provided for reliable, wireless group alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers, and preferably employing a modified two-way paging based on ReFLEX™ protocol information service (IS) messages and a novel ALOHA command for multicast acknowledgement from mobile receivers. An encrypted message is broadcast to and received by a selected number of the mobile receivers. The network replies to the sender with detailed information about the individual members in the alert group. Each of the mobile receivers in the group then acknowledges the common message back to the system, decrypts the message, displays it to the user, and allows the user to respond. The system employs centralized management to simplify the roles of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages.

**13 Claims, 7 Drawing Sheets**



**US 8,588,207 B2**

Page 2

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/0157720 A1 | 7/2005 | Chandhok et al. |
| 2005/0198183 A1 | 9/2005 | Zilliacus et al. |
| 2006/0105740 A1 | 5/2006 | Puranik |
| 2006/0178128 A1 | 8/2006 | Eaton et al. |
| 2006/0273893 A1 | 12/2006 | Warner |

2010/0146057  A1      6/2010   Abu-Hakima et al.

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.

"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.



FIG. 1



FIG. 2



*FIG. 3*



*FIG. 4*

U.S. Patent

Nov. 19, 2013

Sheet 3 of 7

US 8,588,207 B2



FIG. 5

U.S. Patent

Nov. 19, 2013

Sheet 4 of 7

US 8,588,207 B2



FIG. 6



FIG. 7



FIG. 8



FIG. 9A

FIG. 9B

FIG. 10

US 8,588,207 B2

1

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 13/154,138, filed Jun. 6, 2011, now U.S. Pat. No. 8,199,740, which is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005 now issued as U.S. Pat. No. 7,969,959, which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the *Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon* available from Arlington County, Virginia, notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are simi-

2

larly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present invention. In accordance with an aspect of the present inven-

US 8,588,207 B2

3

tion, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises at least one mobile device capable of transmitting and receiving data. The method comprises the steps of: storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; wirelessly broadcasting a group message addressed with a selected one of the group identifiers, each of the mobile devices being configured to receive the broadcast group message, to analyze a group identifier provided with the group message, and send a response when the group identifier in the group message is determined to be for a group to which that mobile device belongs; monitoring for responses to the group message from the group members of the group identified by a group identifier provided in the group message; and storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message

4

at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9A**, **9B** and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

DETAILED DESCRIPTION OF THE
EXEMPLARY EMBODIMENTS

Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARK-GAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

US 8,588,207 B2

5

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARK-GAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system **10** configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. **1**. With reference to FIG. **1**, a central switching system (hereinafter referred to generally as 'Switch') **12** connects to a Wireless Network **14** and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') **16** such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch **12** comprises a Receiver Database **18** comprising stored information describing receivers, their group membership, and connects to a Wireless Network **14** such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. **2**, the Receiver Database **18** comprises an independent table of Receivers **22** and an independent table of Groups **24**. Each Receiver row in table **22** contains an identifying personal address, as well as other information specific to a single device **16** and its Wireless Network architecture. Each Group row in table **24** contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership **26** provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if

6

their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.

As administrative changes occur to the Receiver Database **18**, configuration transactions are executed over the air with individual Receivers **16** to synchronize their configuration memory with the corresponding data in the Receiver Database **18**. The system **10** therefore maintains an up-to-date image in the configuration memory of each Receiver **16**, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. **7** and **8**, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client **20**) uses this system **10** to broadcast alert messages to groups of Receivers **16**. To do so, the client **20** composes a message, preferably including display content and a list of response strings. The Client **20** then connects to the Switch **12** and requests transmission of the message to a particular group name (block **50**). Depending on the architecture of the Wireless Network **14**, either the Client **20** or the Wireless Network **14** assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch **12** responds to the Client **20** with detailed information on the group such as a list or a count of group members (block **52**). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block **54**). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch **12** receives group message acknowledgment responses from the receivers **16** (block **56**) that are associated with the broadcast group message (block **58**) and provided to the Client **20** (block **60**). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block **62**) and provided to the Client **20** (block **64**).

Upon receiving the Group Message (block **80**), the Receivers **16** decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system **10** employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block **82**). Each Receiver **16** with a CC flag of false transmits one or more acknowledgement codes through the Network **14** back to the Switch **12**, specifying message received, message read notifications, and enumerated multiple-choice responses (block **84**, **88** and **90**). The datagram carrying the acknowledgement code also includes the personal address of the receiver **16**, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver **16**. Each Receiver **16** in the group with a CC flag of true does not transmit an acknowledgment reply to the Switch **12** but rather merely displays the group message (blocks **84** and **86**).

Each receiver **16** provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers **16** belonging to each Group.

7

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system 10 that can use any of a variety of network types. With reference to FIGS. 3, 4 and 5, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. 3 is a SPARKGAP™ network controller 12' which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. 4 illustrates the use of a SPARKGAP™ network controller or server 12' in a system configuration 10' similar to FIG. 1. FIG. 5 illustrates another system configuration 10'' in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server 12' in FIG. 3 provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server 12' supports mobile applications, law enforcement officers can use PDAs as receivers 16 to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers 16 to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server 12' can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server 12' can support one base station 15 or hundreds of base stations 15 in a network 14', each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. 5. A single station covers a 7-20 mile radius, and a network 14' can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server 12' maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server 12 'connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.

8

As stated previously, the SPARKGAP™ protocol and associated server 12' provide a ReFLEX™ network solution designed to control one or more base stations 15 and provide two-way paging and mobile data coverage with user devices 16 over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client 20/Server 12 Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system 20' to communicate with two-way pagers 16 in, for example, a SPARKGAP™ ReFLEX™ network 14'. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client 20' and the SPARKGAP™ network controller 12' is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. 6, the server or switch 12 or 12' comprises a memory device 32 and processor 34, which can be programmed to implement the SDP, as well as an interface 30 to the network 14 or 14'.

With further reference to FIG. 4, when employing SDP, the CAD system or client 20' connects to the SPARKGAP™ server 12' using TCP/IP on port 55000. The CAD system or client 20' initiates transactions with the SPARKGAP™ server 12' using a synchronous request/response model, that is, the CAD system 10' sends the SPARKGAP™ server 12' a request from a client 20', the SPARKGAP™ sever 12' takes an action, and then the SPARKGAP™ server 12' sends the CAD system client 20' a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARKGAP™ server 12' also sends asynchronous event notifications to the CAD system client 20' regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client 20 or 20' and server 12 or 12' using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

US 8,588,207 B2

9

## 1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

```
    Client-to-server transmission syntax:
    "request" <request-number> <request-type> "{" <attribute-list> "}"
    Server-to-client transmission syntax:
    "event" <event-type> "{" <attribute-list> "}"
    "response" <response-number> "{" attribute-list "}"
    where,
<request-number> ::= <integer>
<request-type>   ::= token
<event-type>     :: token
<attribute-list> :: <attribute> [<attribute-list I
<attribute>      :: = attribute-name "" attribute-value ";";
<attribute-name> :: token
<attribute-value> ::= <integer> <string>
<integer>        ::= Base10 Integer Expression
<string>         :: string enclosed in double quotes
```

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID=Fire1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>};<br>Event PagerResponse<br>{<br>Timestamp="0708200413055 3EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>MessageRead=1;<br>} |

## 1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

## 1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

    MMDDYYYYHHMMSST

10

Where

MM is the 2-digit month (1-12)

DD is the 2-digit day of the month (1-31)

YYYY is the 4-digit year

HH is the 2 digit hour (0-23)

MM is the 2 digit minute (0-59)

SS is the 2 digit second (0-59)

T is the 1-4 character time zone abbreviation

## 1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

## 2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

## 2.1 Login

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

## 2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

## 2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

## 2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

**11**

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTy778";<br>Version=100;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText="Connection Complete";<br>System="Sparkgap ESN 04000022";<br>} |

## 2.2 SendMessage

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

### 2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

**12**

### 2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding Pager-Name attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

### 2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire**1** and Fire**34**. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

## 2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

### 2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

### 2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

US 8,588,207 B2

13

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

MessageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

| PagerStatus Values | |
|---|---|
| Value | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

| MessageStatus Values | |
|---|---|
| Meaning | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0; |

14

-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane;<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell,<br>George;"<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete

3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMessage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMessage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, mandatory): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

US 8,588,207 B2

15

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText="Already On Scene";<br>} |

### 3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original SendMessage request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>} |

### Result Codes

SDP supports the following result codes:

| | |
|---|---|
| 0 | Transaction Completed Successfully |
| 1000 | Badly formed PDU |
| 1001 | Unknown recognized Request |
| 2000 | Invalid User/Password |
| 3000 | Message Queue Full - Try Again Later |
| 3001 | Unknown MessageID |
| 3002 | Unknown DestinationID |
| 3003 | Missing Required Attribute |

### Server or Switch 12/Mobile Receiver 16 Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

### 1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

### 2. Overview

DRL supports both group and personal messages.

### 2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message a supervisory command, or both.

### 2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63),

US 8,588,207 B2

**17**

responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

| |
|---|
| 124 Message received by pager |
| 125 Message received by pager and read by user |
| 126 Message received but could not be decoded |
| 127 Message received with transmission errors |

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it,), bit d**4** of the 'Registration Grant' type 'Change Registration Command' (3.1 0.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities And Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Multicast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or "carbon copy" flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as 'Ladder46', 'Hazmat', or 'BerkelyEMS[7]') maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

**18**

3.1 Message Header

Headers can include the RAH SIF (Ox11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

| DRL Message Header | | |
|---|---|---|
| Field Name | Byte Length | Description |
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Response Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of NULL-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™ of Enabling Protocols Specification Document.

| Dispatch Message Content | | |
|---|---|---|
| Field Name | Byte Length | Description |
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

US 8,588,207 B2

19

#### 4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

Control Flag Definitions

| Bit | Name | Description |
|-----|------|-------------|
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

#### 4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

Operand Values

| Opcode | Operation | Description |
|--------|-----------|-------------|
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

##### 4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

##### 4.1.2.2 Opcode '1'—Assign Group Name To Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

##### 4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes 1-15, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

##### 4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

20

#### 4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

the values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0, 111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0, 111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0, 111]. When possible, this is desirable in order to reduce congestion of the return channel.

#### 5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

##### 5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

##### 5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

US 8,588,207 B2

21                                                   22

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager 16 is provided as shown in FIGS. 6, 9A, 9B and 10. With reference to FIG. 6, the pager 16 comprises a processor 38 programmed to implement the DRL, among other operations, a memory 36 for storing, for example, group configuration information, a display 44 and an interface 40 to the network 14. The pager 16 can be connected directly to a user interface 42 for facilitating customization of the group configuration information, for example, to allow the pager 16 to respond differently to messages directed to different group addresses. As shown in FIGS. 9A and 9B, the pager 16 has a display for displaying different screens and different options thereon. For example, the main screen shown on the display 44 in FIG. 9A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. 9B, the pager 16 can be provided with a charger console 100 which can also have an input to the user interface 42. As shown in FIG. 10, the pager 16 can be provided with a QWERTY keypad 102, among other buttons and controls.

The pager 16 can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager 16 can register with the on-scene SPARKGAP™ when the responder arrives. When the pager 16 arrives at the site of an event with an established on-scene network such as the switch 12' (e.g., the SPARKGAP™ server), the pager 16 automatically finds this switch 10, switches to the proper channel, and registers. As long as that pager 16 is in the coverage area of the on-scene SPARK-GAP™ server 12', it will be a part of the community of pagers 16 receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager 16 will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager 16 is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager 16 uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings. As a critical part of this command post, a SPARKGAP™ server 12' can be installed to control the ReFLEX™ paging devices 16 carried to the scene by various responders. Once this system 10' (FIG. 4) is activated, pagers 16 that are pre-programmed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server 12' and each device 16 would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system 10 or 10' of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

1. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising at least one mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group

US 8,588,207 B2

23

membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers;

providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member;

wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member;

monitoring for responses to the group message from the group members; and

storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

**2.** A method as claimed in claim **1**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**3.** A method as claimed in claim **1**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**4.** A method as claimed in claim **1**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**5.** A method as claimed in claim **1**, wherein the response comprises at least one of message received indicator, message read indicator, a reply selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**6.** A method as claimed in claim **1**, further comprising:

updating at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted; and

updating data stored in a mobile device based on the data stored in the memory device.

**7.** A method as claimed in claim **1**, wherein the transmitting of the group message is performed via a dispatch center, and the monitoring is performed via a network device.

**8.** A deterministic group messaging system providing acknowledged group messaging comprising:

24

a memory device configured to store

a recipient identifier for each of a plurality of recipients,

a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and

group membership data comprising the recipient identifiers of the selected recipient corresponding to each of the group identifiers,

wherein at least one mobile device corresponding to each of the plurality of recipients is provided with at least a subset of the data stored in the memory device, the subset of data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; and

a control module comprising at least one processing device that is configured to access the memory device and is programmed to

wirelessly transmit a group message corresponding to one of the groups of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member,

monitor for responses to the group message, and

store acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the recipient device of that group member has been received.

**9.** A system as claimed in claim **8**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**10.** A system as claimed in claim **8**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**11.** A system as claimed in claim **8**, wherein the control module is further configured to

update at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted, and

update data stored in a mobile device based on the data stored in the memory device.

**12.** A system as claimed in claim **11**, wherein the control module is configured to update data stored in a mobile device with the data stored in the memory device using wireless communication to the recipient devices.

**13.** A method as claimed in claim **8**, wherein the at least one processing device comprises a processing device at a dispatch center to transmit the group message, and a processing device at a network device to monitor the responses.

\*    \*    \*    \*    \*

# Exhibit  D

US009014659B2

(12) **United States Patent** (10) Patent No.: **US 9,014,659 B2**

Dabbs, III et al. (45) Date of Patent: *Apr. 21, 2015

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(71) Applicant: **Critical Holdings, Inc.**, Norcross, GA (US)

(72) Inventors: **James M. Dabbs, III**, Atlanta, GA (US); **Brian Claise**, Cumming, GA (US)

(73) Assignee: **Critical Holdings, Inc.**, Norcross, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/075,347**

(22) Filed: **Nov. 8, 2013**

(65) **Prior Publication Data**

US 2014/0065999 A1 Mar. 6, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/476,641, filed on May 21, 2012, now Pat. No. 8,588,207, which is a continuation of application No. 13/154,138, filed on Jun. 6, 2011, now Pat. No. 8,199,740, which is a

(Continued)

(51) **Int. Cl.**
*H04W 4/22* (2009.01)
*H04W 4/06* (2009.01)
(Continued)

(52) **U.S. Cl.**
CPC ...... *H04W 4/22* (2013.01); *H04W 4/06* (2013.01); *H04W 4/08* (2013.01); *H04W 4/12* (2013.01); *H04W 84/022* (2013.01)

(58) **Field of Classification Search**
CPC ........... H04W 4/06; H04W 4/08; H04W 4/12; H04W 84/022; H04W 4/22
USPC ............... 455/404.1, 410; 370/310, 349, 390, 370/442, 445, 539.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,278,539 A 1/1994 Lauterbach et al.
5,835,860 A 11/1998 Diachina
(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.
(Continued)

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Roylance, Abrams, Berdo & Goodman, LLP

(57) **ABSTRACT**

Systems and methods are provided for reliable, wireless group alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers, and preferably employing a modified two-way paging based on ReFLEX™ protocol information service (IS) messages and a novel ALOHA command for multicast acknowledgement from mobile receivers. An encrypted message is broadcast to and received by a selected number of the mobile receivers. The network replies to the sender with detailed information about the individual members in the alert group. Each of the mobile receivers in the group then acknowledges the common message back to the system, decrypts the message, displays it to the user, and allows the user to respond. The system employs centralized management to simplify the roles of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages.

**18 Claims, 7 Drawing Sheets**



**US 9,014,659 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *H04W 84/02* | (2009.01) | |
| *H04W 4/08* | (2009.01) | |
| *H04W 4/12* | (2009.01) | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,304,649 | B1 | 10/2001 | Lauzon et al. |
| 6,529,735 | B1 | 3/2003 | De Brito |
| 6,710,702 | B1 | 3/2004 | Averbuch et al. |
| 6,714,636 | B1 | 3/2004 | Baiyor et al. |
| 6,804,332 | B1 | 10/2004 | Miner et al. |
| 7,337,146 | B2 | 2/2008 | Heelan et al. |
| 7,657,253 | B2 | 2/2010 | Lewis |
| 7,808,378 | B2 | 10/2010 | Hayden |
| 8,199,740 | B2 * | 6/2012 | Dabbs et al. ................. 370/349 |
| 8,588,207 | B2 * | 11/2013 | Dabbs et al. ................. 370/349 |
| 2001/0010490 | A1 | 8/2001 | Bellin |
| 2002/0177428 | A1 | 11/2002 | Menard et al. |
| 2003/0153343 | A1 | 8/2003 | Crockett et al. |
| 2004/0087300 | A1 | 5/2004 | Lewis |
| 2004/0180654 | A1 | 9/2004 | Chen |
| 2005/0157720 | A1 | 7/2005 | Chandhok et al. |
| 2005/0198183 | A1 | 9/2005 | Zilliacus et al. |
| 2006/0105740 | A1 | 5/2006 | Puranik |
| 2006/0178128 | A1 | 8/2006 | Eaton et al. |
| 2006/0273893 | A1 | 12/2006 | Warner |
| 2010/0146057 | A1 | 6/2010 | Abu-Hakima et al. |

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.
"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.

* cited by examiner



FIG. 1



FIG. 2



12'

FIG. 3



10'

20'

14'

12'

CAD CLIENT

SPARKGAP SERVER

16

16

CONNECT

REQUEST 1 (LOGIN)

RESPONSE 1

REQUEST 2

RESPONSE 2

EVENT

EVENT

EVENT

FIG. 4

U.S. Patent

Apr. 21, 2015

Sheet 3 of 7

US 9,014,659 B2



FIG. 5

U.S. Patent

Apr. 21, 2015

Sheet 4 of 7

US 9,014,659 B2



FIG. 6



FIG. 7



FIG. 8



FIG. 9A

FIG. 9B

FIG. 10

1

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 13/476,641, filed May 21, 2012, which is a continuation of U.S. patent application Ser. No. 13/154,138, filed Jun. 6, 2011 (now issued as U.S. Pat. No. 8,199,740), which is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005 (now issued as U.S. Pat. No. 7,969,959), which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon available from Arlington County, Va., notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data

2

systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present

3

invention. In accordance with an aspect of the present invention, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises at least one mobile device capable of transmitting and receiving data. The method comprises the steps of: storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; wirelessly broadcasting a group message addressed with a selected one of the group identifiers, each of the mobile devices being configured to receive the broadcast group message, to analyze a group identifier provided with the group message, and send a response when the group identifier in the group message is determined to be for a group to which that mobile device belongs; monitoring for responses to the group message from the group members of the group identified by a group identifier provided in the group message; and storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

4

FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9**A, **9**B and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

## DETAILED DESCRIPTION OF THE EXEMPLARY EMBODIMENTS

### Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARK-GAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way

US 9,014,659 B2

5

paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARK-GAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system 10 configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. 1. With reference to FIG. 1, a central switching system (hereinafter referred to generally as 'Switch') 12 connects to a Wireless Network 14 and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') 16 such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch 12 comprises a Receiver Database 18 comprising stored information describing receivers, their group membership, and connects to a Wireless Network 14 such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. 2, the Receiver Database 18 comprises an independent table of Receivers 22 and an independent table of Groups 24. Each Receiver row in table 22 contains an identifying personal address, as well as other information specific to a single device 16 and its Wireless Network architecture. Each Group row in table 24 contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership 26 provides the many-to-many relationship between Receiver and Group

6

rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.

As administrative changes occur to the Receiver Database 18, configuration transactions are executed over the air with individual Receivers 16 to synchronize their configuration memory with the corresponding data in the Receiver Database 18. The system 10 therefore maintains an up-to-date image in the configuration memory of each Receiver 16, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. 7 and 8, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client 20) uses this system 10 to broadcast alert messages to groups of Receivers 16. To do so, the client 20 composes a message, preferably including display content and a list of response strings. The Client 20 then connects to the Switch 12 and requests transmission of the message to a particular group name (block 50). Depending on the architecture of the Wireless Network 14, either the Client 20 or the Wireless Network 14 assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch 12 responds to the Client 20 with detailed information on the group such as a list or a count of group members (block 52). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block 54). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch 12 receives group message acknowledgement responses from the receivers 16 (block 56) that are associated with the broadcast group message (block 58) and provided to the Client 20 (block 60). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block 62) and provided to the Client 20 (block 64).

Upon receiving the Group Message (block 80), the Receivers 16 decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system 10 employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block 82). Each Receiver 16 with a CC flag of false transmits one or more acknowledgement codes through the Network 14 back to the Switch 12, specifying message received, message read notifications, and enumerated multiple-choice responses (block 84, 88 and 90). The datagram carrying the acknowledgement code also includes the personal address of the receiver 16, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver 16. Each Receiver 16 in the group with a CC flag of true does not transmit an acknowl-

US 9,014,659 B2

7

edgment reply to the Switch 12 but rather merely displays the group message (blocks 84 and 86).

Each receiver 16 provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers 16 belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system 10 that can use any of a variety of network types. With reference to FIGS. 3, 4 and 5, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. 3 is a SPARKGAP™ network controller 12' which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. 4 illustrates the use of a SPARKGAP™ network controller or server 12' in a system configuration 10' similar to FIG. 1. FIG. 5 illustrates another system configuration 10" in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server 12' in FIG. 3 provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server 12' supports mobile applications, law enforcement officers can use PDAs as receivers 16 to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers 16 to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server 12' can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server 12' can support one base station 15 or hundreds of base stations 15 in a network 14', each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. 5. A single station covers a 7-20 mile radius, and a network 14' can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server 12' maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server 12' connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreak-

8

able security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under system catastrophic circumstances, keeping first responders connected when they are needed most.

As stated previously, the SPARKGAP™ protocol and associated server 12' provide a ReFLEX™ network solution designed to control one or more base stations 15 and provide two-way paging and mobile data coverage with user devices 16 over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client 20/Server 12 Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system 20' to communicate with two-way pagers 16 in, for example, a SPARKGAP™ ReFLEX™ network 14'. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client 20' and the SPARKGAP™ network controller 12' is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. 6, the server or switch 12 or 12' comprises a memory device 32 and processor 34, which can be programmed to implement the SDP, as well as an interface 30 to the network 14 or 14'.

With further reference to FIG. 4, when employing SDP, the CAD system or client 20' connects to the SPARKGAP™ server 12' using TCP/IP on port 55000. The CAD system or client 20' initiates transactions with the SPARKGAP™ server 12' using a synchronous request/response model, that is, the CAD system 10' sends the SPARKGAP™ server 12' a request from a client 20', the SPARKGAP™ server 12' takes an action, and then the SPARKGAP™ server 12' sends the CAD system client 20' a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARKGAP™ server 12' also sends asynchronous event notifications to the CAD system client 20' regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client 20 or 20' and server 12 or 12' using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

US 9,014,659 B2

9

### 1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

```
Client-to-server transmission syntax:
   "request" <request-number> <request-type> "{" <attribute-list> "}"
Server-to-client transmission syntax:
   "event" <event-type> "{" <attribute-list> "}"
   "response" <response-number> "{" attribute-list "}"
   where,
<request-number>    : := <integer>
<request-type>      : := token
<event-type>        : : token
<attribute-list>    : : <attribute> [<attribute-list I
<attribute>         : : = attribute-name "" attribute-value ";"
<attribute-name>    : : token
<attribute-value>   : := <integer> <string>
<integer>           : : = Base10 Integer Expression
<string>            : : string enclosed in double quotes
```

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID=Fire1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>};<br>Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>MessageRead=1;<br>} |

### 1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

### 1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

MMDDYYYYHHMMSST

Where

MM is the 2-digit month (1-12)

DD is the 2-digit day of the month (1-31)

10

YYYY is the 4-digit year

HH is the 2 digit hour (0-23)

MM is the 2 digit minute (0-59)

SS is the 2 digit second (0-59)

T is the 1-4 character time zone abbreviation

### 1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

### 2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

### 2.1 Login

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

#### 2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

#### 2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

#### 2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTy778";<br>Version=100;<br>} | |

US 9,014,659 B2

| 11 | 12 |
| --- | --- |

**11**

-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
| --- | --- |
| | Response 5066 |
| | { |
| | ResultCode=0; |
| | Version=100; |
| | ResultText="Connection |
| | Complete"; |
| | System="Sparkgap ESN 04000022"; |
| | } |

2.2 SendMessage

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire1 and Fire34. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
| --- | --- |
| request 5066 sendmessage | |
| { | |
| CadEventID="#CTYF041820772"; | |
| MessageID="2004"; | |
| DestinationID="Fire1"; | |
| DestinationID="Fire34"; | |
| GroupDetail=1; | |
| Display="Calling All Cars"; | |
| AlertResponse=0; | |
| ReadResponse=1; | |
| MCR="On My Way"; | |
| MCR="Busy"; | |
| MCR="Already On Scene"; | |
| | Response 5066 |
| | { |
| | ResultCode=0; |
| | ResultText="Message Queued"; |
| | GroupSize=892; |
| | } |

2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

US 9,014,659 B2

**13**

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

MessageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

| PagerStatus Values | |
|---|---|
| Value | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

| MessageStatus Values | |
|---|---|
| Meaning | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

**2.3.3 Example**

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0;<br>MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane";<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell, |

**14**

-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | George";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

**3 Events**

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete

**3.1 PagerReply**

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMes sage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMes sage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020"; |

US 9,014,659 B2

15

-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | PagerName="Doe, John"; UserAlerted=1; MessageRead=1; McrValue=2; McrText="Already On Scene"; } |

### 3.2 MessageComplete

This event informs the CAD system client **20** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original SendMessage request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete { Timestamp="07082004130553EST"; MessageID="2004"; CadEventID="#CTYF041820772"; } |

### Result Codes

SDP supports the following result codes:

| | |
|---|---|
| 0 | Transaction Completed Successfully |
| 1000 | Badly formed PDU |
| 1001 | Unknown recognized Request |
| 2000 | Invalid User/Password |
| 3000 | Message Queue Full - Try Again Later |
| 3001 | Unknown Message ID |
| 3002 | Unknown DestinationID |
| 3003 | Missing Required Attribute |

### Server or Switch 12/Mobile Receiver 16 Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

### 1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS address. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS addresses are strictly one-way, and

16

ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

### 2. Overview

DRL supports both group and personal messages.

### 2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message, a supervisory command, or both.

### 2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63), responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

| | |
|---|---|
| 124 | Message received by pager |
| 125 | Message received by pager and read by user |

US 9,014,659 B2

17
-continued

| | |
|---|---|
| 126 | Message received but could not be decoded |
| 127 | Message received with transmission errors |

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it), bit d4 of the 'Registration Grant' type 'Change Registration Command' (3.1 0.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

### 2.3 Device **16** Capabilities And Behavior

#### 2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Multicast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or 'carbon copy' flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

#### 2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

#### 2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as 'Ladder46', 'Hazmat', or TerkelyEMS[7]) maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

### 3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

#### 3.1 Message Header

Headers can include the RAH SIF (0x11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

18

| DRL Message Header | | |
|---|---|---|
| Field Name | Byte Length | Description |
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

#### 3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

### 4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

#### 4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™ of Enabling Protocols Specification Document.

| Dispatch Message Content | | |
|---|---|---|
| Field Name | Byte Length | Description |
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

#### 4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

| Control Flag Definitions | | |
|---|---|---|
| Bit | Name | Description |
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

19

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

| Operand Values | | |
|---|---|---|
| Opcode | Operation | Description |
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

4.1.2.2 Opcode '1'—Assign Group Name To Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes 1-15, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

values of the RD bit in the message vector,
the Control field of the message,
the RM value of the last 'Registration Grant' seen by a device, and
the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

20

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0,111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0,111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0,111]. When possible, this is desirable in order to reduce congestion of the return channel.

5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager **16** is provided as shown in FIGS. **6**, **9A**, **9B** and **10**. With reference to FIG. **6**, the pager **16** comprises a processor **38** programmed to implement the DRL, among other operations, a memory **36** for storing, for example, group configuration information, a display **44** and an interface **40** to the network **14**. The pager **16** can be connected directly to a user interface **42** for facilitating customi-

US 9,014,659 B2

21

zation of the group configuration information, for example, to allow the pager **16** to respond differently to messages directed to different group addresses. As shown in FIGS. **9**A and **9**B, the pager **16** has a display for displaying different screens and different options thereon. For example, the main screen shown on the display **44** in FIG. **9**A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. **9**B, the pager **16** can be provided with a charger console **100** which can also have an input to the user interface **42**. As shown in FIG. **10**, the pager **16** can be provided with a QWERTY keypad **102**, among other buttons and controls.

The pager **16** can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager **16** can register with the on-scene SPARKGAP™ when the responder arrives. When the pager **16** arrives at the site of an event with an established on-scene network such as the switch **12'** (e.g., the SPARKGAP™ server), the pager **16** automatically finds this system **10**, switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARKGAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings.

22

As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are pre-programmed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

**1**. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising at least one mobile device capable of transmitting and receiving data, the method comprising the steps of:

  storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers;

  providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member;

  wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the broadcast group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member;

  monitoring for responses to the group message from the group members; storing acknowledgement data in the memory device for each of the group members, the

**23**

acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received;

determining a type of message to send to at least one recipient based on the stored acknowledgement data; and

wirelessly transmitting the message to the at least one recipient.

**2.** A method as claimed in claim **1**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**3.** A method as claimed in claim **1**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**4.** A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**5.** A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**6.** A method as claimed in claim **1**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**7.** A method as claimed in claim **1**, wherein the response comprises at least one of message received indicator, message read indicator, a reply selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**8.** A method as claimed in claim **1**, further comprising:

updating at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted; and

updating data stored in a mobile device based on the data stored in the memory device.

**9.** A method as claimed in claim **1**, wherein the transmitting of the group message is performed via a dispatch center, and the monitoring is performed via a network device.

**10.** A deterministic group messaging system providing acknowledged group messaging comprising:

a memory device configured to store

a recipient identifier for each of a plurality of recipients,

a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and

**24**

group membership data comprising the recipient identifiers of the selected recipient corresponding to each of the group identifiers,

wherein at least one mobile device corresponding to each of the plurality of recipients is provided with at least a subset of the data stored in the memory device, the subset of data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; and

a control module comprising at least one processing device that is configured to access the memory device and is programmed to

wirelessly transmit a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member,

monitor for responses to the group message,

store acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the recipient device of that group member has been received,

determine a type of message to send to at least one recipient based on the stored acknowledgement data, and

wirelessly transmit the message to the at least one recipient.

**11.** A system as claimed in claim **10**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**12.** A system as claimed in claim **10**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**13.** A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**14.** A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**15.** A system as claimed in claim **10**, wherein the group message has a message identifier and the responses comprise

US 9,014,659 B2

25

26

the message identifier to facilitate associating responses to corresponding group message.

**16**. A system as claimed in claim **10**, wherein the control module is further configured to

update at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted, and

update data stored in a mobile device based on the data stored in the memory device.

**17**. A system as claimed in claim **16**, wherein the control module is configured to update data stored in a mobile device with the data stored in the memory device using wireless communication to the recipient devices.

**18**. A method as claimed in claim **10**, wherein the at least one processing device comprises a processing device at a dispatch center to transmit the group message, and a processing device at a network device to monitor the responses.

* * * * *

# EXHIBIT E

US009294888B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 9,294,888 B2**

Dabbs, III et al.　　(45) **Date of Patent:**　　*Mar. 22, 2016

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(71) Applicant: **GROUPCHATTER, LLC**, Plano, TX (US)

(72) Inventors: **James M. Dabbs, III**, Atlanta, GA (US); **Brian Claise**, Cumming, GA (US)

(73) Assignee: **GroupChatter, LLC**, Plano, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/690,990**

(22) Filed: **Apr. 20, 2015**

(65) **Prior Publication Data**

US 2015/0249909 A1　　Sep. 3, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/075,347, filed on Nov. 8, 2013, now Pat. No. 9,014,659, which is a continuation of application No. 13/476,641, filed on May 21, 2012, now Pat. No. 8,588,207, which is a

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *H04W 4/08* | (2009.01) |
| *H04W 4/06* | (2009.01) |
| *H04W 4/12* | (2009.01) |
| *H04W 84/02* | (2009.01) |
| *H04W 4/22* | (2009.01) |
| *H04W 68/02* | (2009.01) |
| *H04W 84/12* | (2009.01) |

(52) **U.S. Cl.**

CPC　*H04W 4/08* (2013.01); *H04W 4/06* (2013.01);

*H04W 4/12* (2013.01); *H04W 4/22* (2013.01); *H04W 68/02* (2013.01); *H04W 84/022* (2013.01); *H04W 84/12* (2013.01)

(58) **Field of Classification Search**

CPC ........... H04W 4/06; H04W 4/08; H04W 4/12; H04W 84/022; H04W 4/22

USPC ............... 455/404.1, 410; 370/310, 349, 390, 370/442, 445, 539.1

See application file for complete search history.

(56)　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,278,539 A | 1/1994 | Lauterbach et al. |
| 5,835,860 A | 11/1998 | Diachina |

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.

(Continued)

*Primary Examiner* — Sam Bhattacharya

(74) *Attorney, Agent, or Firm* — Ascenda Law Group, PC

(57)　　　　**ABSTRACT**

Systems and methods are provided for reliable, wireless group messaging or alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers. A message is broadcast to and received by a selected group of the mobile receivers. The network replies to the sender with detailed information about the individual members in the group. Each of the mobile receivers in the group can acknowledge the group message back to the system such as when the message is received, when the message is read, and a response when sent. The system employs centralized management to provide the sender with response information of the mobile receivers.

**18 Claims, 7 Drawing Sheets**



**US 9,294,888 B2**

Page 2

**Related U.S. Application Data**

continuation of application No. 13/154,138, filed on Jun. 6, 2011, now Pat. No. 8,199,740, which is a continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,304,649 | B1 | 10/2001 | Lauzon et al. |
| 6,529,735 | B1 | 3/2003 | De Brito |
| 6,710,702 | B1 | 3/2004 | Averbuch et al. |
| 6,714,636 | B1 | 3/2004 | Baiyor et al. |
| 6,804,332 | B1 | 10/2004 | Miner et al. |
| 7,337,146 | B2 | 2/2008 | Heelan et al. |
| 7,657,253 | B2 | 2/2010 | Lewis |
| 7,808,378 | B2 | 10/2010 | Hayden |
| 7,969,959 | B2 | 6/2011 | Dabbs et al. |
| 8,199,740 | B2 | 6/2012 | Dabbs et al. |
| 8,588,207 | B2 | 11/2013 | Dabbs et al. |
| 9,014,659 | B2 * | 4/2015 | Dabbs et al. ............... 455/404.1 |
| 2001/0010490 | A1 | 8/2001 | Bellin |
| 2002/0177428 | A1 | 11/2002 | Menard et al. |
| 2003/0153343 | A1 | 8/2003 | Crockett et al. |
| 2004/0087300 | A1 | 5/2004 | Lewis |
| 2004/0180654 | A1 | 9/2004 | Chen |
| 2005/0157720 | A1 | 7/2005 | Chandhok et al. |
| 2005/0198183 | A1 | 9/2005 | Zilliacus et al. |
| 2006/0105740 | A1 | 5/2006 | Puranik |
| 2006/0178128 | A1 | 8/2006 | Eaton et al. |
| 2006/0273893 | A1 | 12/2006 | Warner |
| 2010/0146057 | A1 | 6/2010 | Abu-Hakima et al. |

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.
"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.

* cited by examiner



FIG. 1



FIG. 2



*FIG. 3*



*FIG. 4*

U.S. Patent

Mar. 22, 2016

Sheet 3 of 7

US 9,294,888 B2



FIG. 5

U.S. Patent       Mar. 22, 2016       Sheet 4 of 7       US 9,294,888 B2



FIG. 6



FIG. 7



FIG. 8



FIG. 9A

FIG. 9B

FIG. 10

US 9,294,888 B2

1

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 14/075,347, filed Nov. 8, 2013, which is a continuation of U.S. patent application Ser. No. 13/476,641, filed May 21, 2012 (now issued as U.S. Pat. No. 8,588,207), which is a continuation of U.S. patent application Ser. No. 13/154,138, filed Jun. 6, 2011 (now issued as U.S. Pat. No. 8,199,740), which is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005 (now issued as U.S. Pat. No. 7,969,959), which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the *Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon* available from Arlington County, Va., notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a

2

variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present

US 9,294,888 B2

3                                                                                4

invention. In accordance with an aspect of the present invention, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises at least one mobile device capable of transmitting and receiving data. The method comprises the steps of: storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device comprising at least its corresponding recipient identifier; wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the broadcast group message and send a response; monitoring for responses to the group message from the selected group of recipients; and storing acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of the recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgement in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9**A, **9**B and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

DETAILED DESCRIPTION OF THE
EXEMPLARY EMBODIMENTS

Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARK-GAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARK-GAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

US 9,294,888 B2

5

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system 10 configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. 1. With reference to FIG. 1, a central switching system (hereinafter referred to generally as 'Switch') 12 connects to a Wireless Network 14 and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') 16 such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch 12 comprises a Receiver Database 18 comprising stored information describing receivers, their group membership, and connects to a Wireless Network 14 such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. 2, the Receiver Database 18 comprises an independent table of Receivers 22 and an independent table of Groups 24. Each Receiver row in table 22 contains an identifying personal address, as well as other information specific to a single device 16 and its Wireless Network architecture. Each Group row in table 24 contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership 26 provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.

As administrative changes occur to the Receiver Database 18, configuration transactions are executed over the air with

6

individual Receivers 16 to synchronize their configuration memory with the corresponding data in the Receiver Database 18. The system 10 therefore maintains an up-to-date image in the configuration memory of each Receiver 16, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. 7 and 8, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client 20) uses this system 10 to broadcast alert messages to groups of Receivers 16. To do so, the client 20 composes a message, preferably including display content and a list of response strings. The Client 20 then connects to the Switch 12 and requests transmission of the message to a particular group name (block 50). Depending on the architecture of the Wireless Network 14, either the Client 20 or the Wireless Network 14 assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch 12 responds to the Client 20 with detailed information on the group such as a list or a count of group members (block 52). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block 54). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch 12 receives group message acknowledgement responses from the receivers 16 (block 56) that are associated with the broadcast group message (block 58) and provided to the Client 20 (block 60). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block 62) and provided to the Client 20 (block 64).

Upon receiving the Group Message (block 80), the Receivers 16 decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system 10 employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block 82). Each Receiver 16 with a CC flag of false transmits one or more acknowledgement codes through the Network 14 back to the Switch 12, specifying message received, message read notifications, and enumerated multiple-choice responses (block 84, 88 and 90). The datagram carrying the acknowledgement code also includes the personal address of the receiver 16, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver 16. Each Receiver 16 in the group with a CC flag of true does not transmit an acknowledgment reply to the Switch 12 but rather merely displays the group message (blocks 84 and 86).

Each receiver 16 provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers 16 belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system 10 that can use any of a variety of network types. With reference to FIGS. 3, 4 and 5, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. 3 is a SPARKGAP™

US 9,294,888 B2

7
8

network controller **12'** which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. **4** illustrates the use of a SPARKGAP™ network controller or server **12'** in a system configuration **10'** similar to FIG. **1**. FIG. **5** illustrates another system configuration **10"** in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server **12'** in FIG. **3** provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server **12'** supports mobile applications, law enforcement officers can use PDAs as receivers **16** to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers **16** to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server **12'** can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server **12'** can support one base station **15** or hundreds of base stations **15** in a network **14'**, each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. **5**. A single station covers a 7-20 mile radius, and a network **14'** can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server **12'** maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server **12'** connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.

As stated previously, the SPARKGAP™ protocol and associated server **12'** provide a ReFLEX™ network solution designed to control one or more base stations **15** and provide two-way paging and mobile data coverage with user devices **16** over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging

input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client **20**/Server **12** Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system **20'** to communicate with two-way pagers **16** in, for example, a SPARKGAP™ ReFLEX network **14'**. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client **20'** and the SPARKGAP™ network controller **12'** is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. **6**, the server or switch **12** or **12'** comprises a memory device **32** and processor **34**, which can be programmed to implement the SDP, as well as an interface **30** to the network **14** or **14'**.

With further reference to FIG. **4**, when employing SDP, the CAD system or client **20'** connects to the SPARKGAP™ server **12'** using TCP/IP on port 55000. The CAD system or client **20'** initiates transactions with the SPARKGAP™ server **12'** using a synchronous request/response model, that is, the CAD system **10'** sends the SPARKGAP™ server **12'** a request from a client **20'**, the SPARKGAP™ sever **12'** takes an action, and then the SPARKGAP™ server **12'** sends the CAD system client **20'** a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARK-GAP™ server **12'** also sends asynchronous event notifications to the CAD system client **20'** regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client **20** or **20'** and server **12** or **12'** using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

Client-to-server transmission syntax:

```
"request" <request-number> <request-
type> "{" <attribute-list> "}"
Server-to-client transmission syntax:
"event" <event-type> "{" <attribute-list> "}"
"response" <request-number> "{" attribute-list "}"
where,
<request-number>  : := <integer>
<request-type>    ::= token
<event-type>      : := token
<attribute-list>  : : <attribute> [<attribute-list I
<attribute>       : := attribute-name "" attribute-value ";"
```

**9**

-continued

| <attribute-name> | : : token |
|---|---|
| <attribute-value> | : = <integer> <string> |
| <integer> | : = Base10 Integer Expression |
| <string> | : : string enclosed in double quotes |

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID=Fire1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>};<br>Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>MessageRead=1;<br>} |

**1.2 Attribute Value Types**

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| \n | New Line |
|---|---|
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

**1.3 The Timestamp Attribute**

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

MMDDYYYYHHMMSST

Where

MM is the 2-digit month (1-12)

DD is the 2-digit day of the month (1-31)

YYYY is the 4-digit year

HH is the 2 digit hour (0-23)

MM is the 2 digit minute (0-59)

SS is the 2 digit second (0-59)

T is the 1-4 character time zone abbreviation

**1.4 Attribute Order**

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

**10**

**2. Transactions**

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

**2.1 Login**

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

**2.1.1 Request**

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

**2.1.2 Response**

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

**2.1.3 Example**

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTy778";<br>Version=100;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText="Connection<br>Complete";<br>System="Sparkgap ESN 04000022";<br>} |

US 9,294,888 B2

| 11 | 12 |

**2.2 SendMessage**

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

**2.2.1 Request**

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

**2.2.2 Response**

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize (string): This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

**2.2.3 Example**

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire**1** and Fire**34**. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="'#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

**2.3 QueryMessage**

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

**2.3.1 Request**

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

**2.3.2 Response**

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Mess ageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

**13**

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

| PagerStatus Values | |
|---|---|
| Value | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

| MessageStatus Values | |
|---|---|
| Meaning | Description |
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

### 2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0;<br>MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane;<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell,<br>George";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

### 3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete

**14**

### 3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMessage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMessage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText="Already On Scene";<br>} |

### 3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

US 9,294,888 B2

15                                                                    16

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original Send-Message request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>} |

Result Codes
SDP supports the following result codes:
0 Transaction Completed Successfully
1000 Badly formed PDU
1001 Unknown recognized Request
2000 Invalid User/Password
3000 Message Queue Full—Try Again Later
3001 Unknown MessageID
3002 Unknown DestinationID
3003 Missing Required Attribute
Server or Switch **12**/Mobile Receiver **16** Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

2. Overview

DRL supports both group and personal messages.

2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message, a supervisory command, or both.

2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63), responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

124 Message received by pager
125 Message received by pager and read by user
126 Message received but could not be decoded
127 Message received with transmission errors

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it,), bit d**4** of the 'Registration Grant' type 'Change Registration Command' (3.10.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities And Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Mul-

**17**

ticast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or 'carbon copy' flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as ladder46', 'Hazmat', or 'BerkelyEMS[7]') maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

3.1 Message Header

Headers can include the RAH SIF (Ox11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

| DRL Message Header | | |
|---|---|---|
| Field Name | Byte Length | Description |
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

**18**

4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™ of Enabling Protocols Specification Document.

| Dispatch Message Content | | |
|---|---|---|
| Field Name | Byte Length | Description |
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

| Control Flag Definitions | | |
|---|---|---|
| Bit | Name | Description |
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

| Operand Values | | |
|---|---|---|
| Opcode | Operation | Description |
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

19
20

**4.1.2.1 Opcode '0'—No Operation**

This opcode specifies no operation and should be ignored.

**4.1.2.2 Opcode '1'—Assign Group Name to Address**

This opcode instructs the receiver 16 to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

**4.1.2.3 Opcode '2'—Execute Alerting Sequence**

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes 1-15, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

**4.1.3 Display Field**

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

**4.2 Multicast ACK Command Response**

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device 16 queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device 16 queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device 16 gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device 16 queues a Multicast ACK Command with mr=[0,111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0,111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager 16 may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and

simply transmit the multiple-choice reply code [0,111]. When possible, this is desirable in order to reduce congestion of the return channel.

5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network 14' to one pager 16, and Personal Reverse Messages are sent by the pager 16 to the network 14'. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network 14' to the pager 16. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager 16, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager 16 to the network 14'. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager 16 is provided as shown in FIGS. 6, 9A, 9B and 10. With reference to FIG. 6, the pager 16 comprises a processor 38 programmed to implement the DRL, among other operations, a memory 36 for storing, for example, group configuration information, a display 44 and an interface 40 to the network 14. The pager 16 can be connected directly to a user interface 42 for facilitating customization of the group configuration information, for example, to allow the pager 16 to respond differently to messages directed to different group addresses. As shown in FIGS. 9A and 9B, the pager 16 has a display for displaying different screens and different options thereon. For example, the main screen shown on the display 44 in FIG. 9A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. 9B, the pager 16 can be provided with a charger console 100 which can also have an input to the user interface 42. As shown in FIG. 10, the pager 16 can be provided with a QWERTY keypad 102, among other buttons and controls.

The pager 16 can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager 16 can register with the on-scene SPARKGAP™ when the responder arrives. When the pager 16 arrives at the site of an event with an established on-scene network such as the switch 12' (e.g., the SPARKGAP™ server), the pager 16 automatically finds this system 10,

US 9,294,888 B2

21                                                    22

switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARK-GAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings. As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are preprogrammed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed

indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

**1**. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising at least one mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers;

providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device comprising at least its corresponding recipient identifier;

wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the broadcast group message and send a response;

monitoring for responses to the group message from the selected group of recipients; and

storing acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of the recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient.

**2**. A method as claimed in claim **1**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**3**. A method as claimed in claim **1**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**4**. A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for

US 9,294,888 B2

23

"WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**5**. A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**6**. A method as claimed in claim **1**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**7**. A method as claimed in claim **1**, wherein the reply is one of a response selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**8**. A method as claimed in claim **1**, wherein the indication of response comprises an indication of no response when the recipient has not yet responded to the group message.

**9**. A method as claimed in claim **1**, wherein the transmitting of the group message is performed via a dispatch center, and the monitoring is performed via a network device.

**10**. A deterministic group messaging system providing acknowledged group messaging comprising:

a memory device configured to store

a recipient identifier for each of a plurality of recipients,

a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and

group membership data comprising the recipient identifiers of the selected recipient corresponding to each of the group identifiers,

wherein at least one mobile device corresponding to each of the plurality of recipients is provided with at least a subset of the data stored in the memory device comprising its corresponding recipient identifier; and

a control module comprising at least one processing device that is configured to access the memory device and is programmed to

wirelessly transmit a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member,

monitor for responses to the group message from the selected group of recipients, and

store acknowledgement data in the memory device for the recipients, the acknowledgement data comprising

24

an indication of response for each of recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient.

**11**. A system as claimed in claim **10**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**12**. A system as claimed in claim **10**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**13**. A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**14**. A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**15**. A system as claimed in claim **10**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**16**. A system as claimed in claim **10**, wherein the reply is one of a response selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**17**. A system as claimed in claim **10**, wherein the indication of response comprises an indication of no response when the recipient has not yet responded to the group message.

**18**. A method as claimed in claim **10**, wherein the at least one processing device comprises a processing device at a dispatch center to transmit the group message, and a processing device at a network device to monitor the responses.

* * * * *