# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GROUPCHATTER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-cv-00486-WSD |
| | ) | |
| GENERAL ELECTRIC COMPANY, et al., | ) | CONSOLIDATED CASE |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANTS LANDIS+GYR TECHNOLOGIES, LLC AND LANDIS+GYR TECHNOLOGY, INC.

Pursuant to the Court's Standing Order Regarding Civil Litigation § 7, Defendants Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. hereby notify the Court and all parties of record that on July 1, 2016 a true and correct copy of the INITIAL DISCLOSURES OF DEFENDANTS LANDIS+GYR TECHNOLOGIES, LLC AND LANDIS+GYR TECHNOLOGY, INC. was served by electronic mail on the following counsel of record:

| For **GroupChatter**: | Cabrach J. Connor |
| --- | --- |
| | David E. Dunham |
| | Jennifer Tatum Lee |
| | Taylor Dunham and Rodriguez, LLP |
| | Suite 1050 |
| | 301 Congress Avenue |
| | Austin, TX 78701 |
| | cconnor@taylordunham.com |
| | ddunham@taylordunham.com |
| | jtatum@taylordunham.com |
| | |
| | Daniel Arthur Kent |
| | Kent & Risley, LLC |
| | Suite 400 |
| | 555 N. Point Center East |
| | Alpharetta, GA 30022 |
| | dankent@kentrisley.com |
| For **GE**: | Brian D. Roche |
| | Reed Smith LLP -IL |
| | 10 South Wacker Drive |
| | 40th Floor |
| | Chicago, IL 60606 |
| | broche@reedsmith.com |
| | |
| | David T. Pollock |
| | Kirin K. Gill |
| | Reed Smith LLP -San Francisco |
| | Suite 1800 |
| | 101 Second Street |
| | San Francisco, CA 94105-3659 |
| | dpollock@reedsmith.com |
| | kgill@reedsmith.com |
| | |
| | John Weldon Harbin |
| | Warren James Thomas |
| | Meunier Carlin & Curfman, LLC - ATL |

| | Suite 1300<br>999 Peachtree Street NE<br>Atlanta, GA 30309<br>jharbin@mcciplaw.com<br>wthomas@mcciplaw.com |
|---|---|
| **For Itron:** | John M. Guaragna<br>Brian K. Erickson<br>DLA Piper US LLP-TX<br>Suite 2500<br>401 Congress Avenue<br>Austin, TX 78701<br>John.Guaragna@dlapiper.com<br>Brian.Erickson@dlapiper.com<br><br>Christopher G. Campbell<br>James Michael Rusert<br>DLA Piper US LLP-ATL<br>Suite 2800<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3450<br>christopher.campbell@dlapiper.com<br>james.rusert@dlapiper.com |

Dated:  July 6, 2016

KING & SPALDING LLP

*/s/ Laura S. Huffman*
Laura S. Huffman
(Ga. Bar No. 595909)
1180 Peachtree Street, NE
Atlanta, Georgia  30309
Tel: (404) 572-4600
Fax: (404) 572-5134
lhuffman@kslaw.com

Attorneys for Defendants
LANDIS+GYR TECHNOLOGIES,
LLC and LANDIS+GYR
TECHNOLOGY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing

CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF

DEFENDANTS LANDIS+GYR TECHNOLOGIES, LLC AND

LANDIS+GYR TECHNOLOGY, INC. was filed electronically with the

Clerk of Court using the CM/ECF system, which will automatically send

e-mail notification of such filing to all counsel of record.


Dated: July 6, 2016

*/s/ Laura S. Huffman*
Laura S. Huffman