**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>       Defendants. | **CASE NO. 1:16-cv-00486-WSD**<br><br>**LEAD CASE**<br>**JURY TRIAL DEMANDED** |

**DEFENDANT ITRON, INC.'S CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES TO PLAINTIFF**

Pursuant to the Standing Order Regarding Civil Litigation §7, Defendant Itron, Inc. hereby notifies the Court and all parties of record that on July 1, 2016, it served its Initial Disclosures on Plaintiff.

Dated: July 7, 2016

**DLA PIPER LLP (US)**

*/s/ John M. Guaragna*
Christopher G. Campbell
Georgia Bar No. 789533
James M. Rusert
Georgia Bar No. 751507
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309-3450
Telephone: 404.736.7800
christopher.campbell@dlapiper.com
james.rusert@dlapiper.com

John M. Guaragna *(Pro Hac Vice)*
Texas Bar No. 24043308
Brian K. Erickson *(Pro Hac Vice)*
Texas Bar No. 24012594
**DLA Piper LLP (US)**
401 Congress, Suite 2500
Austin, Texas 78701
Telephone: 512.457.7000

brian.erickson@dlapiper.com
john.guaragna@dlapiper.com

Counsel for Defendant Itron, Inc.

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of July, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ John M. Guaragna*
John M. Guaragna

WEST\270012880.1  2