IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GROUPCHATTER, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:16-cv-00486 WSD ) |
| GENERAL ELECTRIC COMPANY, et al., | ) CONSOLIDATED CASE ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the "Consent Motion for Extension of Time for Defendants Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. to Respond to Plaintiff GroupChatter LLC's Counterclaim of Infringement of U.S. Patent No. 9,294,888," and

The Court finding that good cause has been shown therefor,

IT IS HEREBY ORDERED that Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc. shall have through and including August 19, 2016 to respond to "Plaintiff's Answer and Counterclaim in Response to Defendants Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc.'s

Counterclaims for Declaratory Judgment of U.S. Patent No. 9,294,888"

(Dkt. No. 64).

SO ORDERED, this 15th day of August, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE