# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>LANDIS+GYR TECHNOLOGIES, LLC and LANDIS+GYR TECHNOLOGY, INC.,<br><br>and<br><br>GENERAL ELECTRIC COMPANY, GE ENERGY MANAGEMENT SERVICES, INC., and GE GRID SOLUTIONS, LLC,<br><br>and<br><br>ITRON, INC.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00711-WSD<br><br><br><br>NO. 1:16-cv-00486-WSD<br><br>**[LEAD CASE]**<br><br><br>NO. 1:16-cv-01800-WSD |

## ORDER GRANTING MOTION OF GE DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

This matter is before the Court on the Unopposed Motion of Defendants General Electric Company, GE Energy Management Services, LLC, and GE Grid Solutions, LLC's (collectively "GE") to extend GE's time to respond to Plaintiff's First Amended Complaint.

**IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED**. GE must respond to the First Amended Complaint within 21 days after service of the First Amended Complaint.

**SO ORDERED**, this 16th day of August, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE