IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>GE ENERGY MANAGEMENT SERVICES,<br>INC., and GE GRID SOLUTIONS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00486-WSD |

### CERTIFICATE OF SERVICE OF<br>PLAINTIFF'S THIRD PARTY NOTICES OF DEPOSITION<br>ON WRITTEN QUESTIONS WITH SUBPOENAS DUCES TECUM

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, this certifies that on November 2, 2016, prior to service on the third parties, Plaintiff served counsel of record via electronic mail with copies of the attached subpoenas duces tecum and notices of deposition on written questions to the following third parties:

1. Trilliant Networks, Inc. (attached as Exhibit A);

2. Silver Springs Networks, Inc. (attached as Exhibit B);

3. Ingenu Inc. (attached as Exhibit C); and

4. Badger Meter, Inc. (attached as Exhibit D).

This 19th day of November, 2016.

        By: /s/*Daniel A. Kent*
             Daniel A. Kent
             Georgia Bar Number 415110
             dankent@kentrisley.com
             Kent & Risley LLC
             555 N Point Ctr E Ste 400
             Alpharetta, GA 30022
             Tel:  (404) 585-4214
             Fax:  (404) 829-2412

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 19th day of November, 2016.

                          By:/s/Daniel A. Kent
                               Daniel A. Kent
                               Georgia Bar Number 415110
                               dankent@kentrisley.com
                               **KENT & RISELY LLC**
                               555 N Point Ctr E Ste 400 Alpharetta, GA 30022
                               Tel: (404) 585-4214
                               Fax: (404) 829-2412

Counsel for Plaintiff